**HONORABLE STANELY A. BASTIAN**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DEMETRIOUS VORGIAS, ) | Case No.: 1:21-cv-03013-SAB |
| Plaintiff, ) | |
| ) | |
| v. ) | ***NOTICE OF APPEARANCE*** |
| ) | |
| COMMUNITY HEALTH OF CENTRAL ) | |
| WASHINGTON; ) | |
| Defendants. ) | |

TO: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON.

NOTICE IS HEREBY GIVEN that William D. Pickett of **The Pickett Law Firm, 917 Triple Crown Way, Suite 100, Yakima, WA 98908**, hereby enters an appearance for plaintiff, DEMETRIOUS VORGIAS, for purposes of all further proceedings in the above-entitled action.

Service of all further papers and proceedings herein, except original process, in connection with this case, should be served upon William D. Pickett at the address listed below.

DATED this 26th day of March, 2021.

**PICKETT LAW FIRM**

**s/William D. Pickett**
WILLIAM D. PICKETT, WSBA No. 27867
*Counsel for Defendant*

***NOTICE OF APPEARANCE -1***

PICKETT LAW FIRM
917 Triple Crown Way, Suite 100
Yakima, Washington  98908
Telephone (509) 972-1825
Facsimile  (509) 972-1826

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, the foregoing was delivered via email to the following attorney(s) and Plaintiff:

Mr. Luon T. Le
Law Offices of Luan T. Le
1190 S. Bascom Ave, Suite 213
San Jose, CA 95128
Tel:  408-247-4715
Email:  ledowningllp@gmail.com

Mr. Seth W. Wiener
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Tel:  925-487-5607
Email:  seth@sethwienerlaw.com

Mr. Demetrious Vorgias, *plaintiff*
1126 Radis Place
Jacksonville, FL 32225
Email:  dvorgias@gmail.com

Dated at Yakima, Washington this 26th day of March, 2021.

s/William D. Pickett
WILLIAM D. PICKETT, WSBA No. 27867
Law Office of William D. Pickett
917 Triple Crown Way, Suite 100
Yakima, WA  98908
Phone: 509-972-1825
Fax:    509-972-1826
Email:  bill@wdpickett-law.com
*Counsel for Defendant*

NOTICE OF APPEARANCE -2

PICKETT LAW FIRM
917 Triple Crown Way, Suite 100
Yakima, Washington  98908
Telephone (509) 972-1825
Facsimile   (509) 972-1826