The Honorable Stanley A. Bastian

William D. Pickett, WSBA #27867
THE PICKETT LAW FIRM
917 Triple Crown Way, Ste. 100
Yakima, Washington 98908
Tel: 509-972-1825
bill@wpickett-law.com
*Attorney for Plaintiff*

Luan T. Le, *pro hac vice*
Law Offices of Luan T. Le
1190 S. Bascom Ave, Suite 213
San Jose, CA 95128
Tel: 408-247-4715
Email: ledowningllp@gmail.com
*Co-counsel for Plaintiff*

Mr. Seth W. Wiener, *pro hac vice*
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Tel: 925-487-5607
Email: seth@sethwienerlaw.com
*Co-counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DEMETRIOS VORGIAS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH OF CENTRAL WASHINGTON,<br><br>　　　　　　Defendant. | Case No.: 1:21-cv-03013-SAB<br><br>**DECLARATION OF COUNSEL WILLIAM D. PICKETT IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, William D. Pickett, under penalty of perjury, under the laws of the United States of America and the laws of the State of Washington, hereby state the following is true and correct:

1. I am over the age of 18 years and am a citizen of the United States. I one of the attorneys of record for Plaintiff Demetrios Vorgias. This declaration is based on personal knowledge, and am competent to testify to the matters in this declaration.

2. Attached as **EXHIBIT A: 000001-000007**, and highlighted for ease of reference, are true and correct copies of excerpts from the October 18, 2021, deposition of CHCW-CWFM current residency program director, Brandon Issacs, M.D.

3. Attached as **EXHIBIT B: 000008-000040**, and highlighted for ease of reference, are true and correct copies of excerpts from the November 4, 2021, deposition of CHCW-CWFM former "interim" residency program director (January through May of 2019), Michahlyn Powers, M.D.

4. Attached as **EXHIBIT C: 000041-000060**, and highlighted for ease of reference, are true and correct copies of excerpts from the November 10, 2021, deposition of former employee of CHCW-CWFM Katina Rue, D.O.

I declare under penalty of perjury, under the laws of the United States of America and the laws of the State of Washington, that the foregoing is true and correct:

**DATED** this 29th day of November, 2021, at Yakima, Washington.

   s/William D. Pickett,
WILLIAM D. PICKETT, WSBA No. 27867

# CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Luon T. Le, *pro hac vice*
Law Offices of Luan T. Le
1190 S. Bascom Ave, Suite 213
San Jose, CA 95128
Tel:  408-247-4715
Email:  ledowningllp@gmail.com
*Co-counsel for Plaintiff*

Mr. Seth W. Wiener, *pro hac vice*
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Tel:  925-487-5607
Email:  seth@sethwienerlaw.com
*Co-counsel for Plaintiff*

Catharine Morisset, WSBA #29682
Nate Bailey, WSBA #40756
Fisher & Phillips, LLP
1201 Third Avenue, Ste. 2750
Seattle, Washington  98101
Tel:  206-682-2308
Email:  cmorisset@fisherphillips.com
              nbailey@fisherphillips.com
*Attorneys for Defendant*

**DATED** at Yakima, Washington, this 29th day of November, 2021.

By:   s/ William D. Pickett
         William D. Pickett, WSBA NO. 27867