# EXHIBIT A
# DEPOSITION EXCERPTS OF BRANDON ISAACS, MD.

000001

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEMETRIOS VORGIAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. |
| ) | 1:21-CV-03013- |
| COMMUNITY HEALTH OF CENTRAL ) | SAB |
| WASHINGTON, ) | |
| ) | |
| Defendant. ) | |

VIDEOTAPED DEPOSITION

UPON ORAL EXAMINATION OF

DR. BRANDON ISSACS

TAKEN ON: Monday, October 18, 2021

TAKEN VIA REMOTE AUDIO/VISUAL TELECONFERENCE

REPORTED BY:  NOREEN MATTIMOE, RPR, CCR
              CCR NO. 1926

```
 1   APPEARANCES
 2
 3   FOR THE PLAINTIFF:
 4
            WILLIAM D. PICKETT
 5          LAW OFFICE OF WILLIAM D. PICKETT
            Attorneys at Law
 6          917 Triple Crown Way, STE 200
            Yakima, Washington 98908
 7          509.972.1825
            bill@wdpickett-law.com
 8
 9          LUON T. LE
            LAW OFFICES OF LUAN T. LE
10          Attorneys at Law
            San Jose, California 95128
11          408.247.4715
            ledowningllp@gmail.com
12
13
     FOR THE DEFENDANT:
14
15          NATE BAILEY
            FISHER & PHILLIPS LLP
16          Attorneys at Law
            1201 Third Avenue, Ste. 2750
17          Seattle, Washington 98101
            206.682.2308
18          Nbailey@fisherphillips.com
19
     ALSO PRESENT:
20
21          DEMETRIOS VORGIAS, Plaintiff
22
23
24
25
```

```
 1                          I N D E X

 2   IN RE:  Vorgias vs Community Health of Central
     Washington
 3   NO. 1:21-CV-03013-SAB
     October 18, 2021
 4

 5

 6

 7

 8
                           T E S T I M O N Y
 9
     DR. BRANDON ISSACS                              PAGE NUMBER
10

11   Examination by Mr. Pickett                           4

12

13

14
                           E X H I B I T S
15

16
     Exhibit 1
17   Notes from CARED Committee regarding Dr. Vorgias    35

18   Exhibit 2
     NPE Report by Kelly Cornett                         64
19
     Exhibit 3
20   Probationary letter                                 82

21   Exhibit 4
     Central Washington Family Medicine Residency
22   Verification of Graduate Medical Education &
     Training                                            92
23

24

25
```

```
 1   been arrested and they were charging -- it was a CPS
 2   case.
 3 Q. Okay.  Perfect.  That helps.
 4       And just so -- kind of just so you know a
 5   little bit of background, this is a discovery
 6   deposition so there's a wide range of topics we may
 7   cover just trying to get information.
 8 A. Got it.
 9 Q. Okay.  What's your current position related to your
10   job?
11 A. I am the current Program Director/DIO for Central
12   Washington Family Medicine Residency in Yakima.
13 Q. Okay.  And tell me, in terms of what's the relationship
14   for Central Washington Family Medicine as it relates to
15   Community Health of Central Washington.
16 A. Community Health of Central Washington is the
17   sponsoring institution for Central Washington Family
18   Medicine Residency, so all personnel management,
19   financial responsibility, all gets funneled through
20   that as the primary entity that sponsors our residency.
21 Q. All right.  That's helpful.  So to confirm:  The
22   personnel management includes management of the
23   residents?
24 A. Correct.
25 Q. All right.  The --
```

```
 1  A. Yes, and it is purposefully void -- or vague, I should
 2     say, in an attempt to maintain patient confidentiality
 3     appropriately.
 4            So their determination is, exactly as you said
 5     right there, is to determine if you are fit to practice
 6     as a resident.  That is the main thing we need to know;
 7     that there is nothing that is problematic in their
 8     ability to be a practitioner.
 9  Q. Part of the purpose, though, as I understand it, is
10     you're trying to figure out if there's something you,
11     as the program director and/or program, can do to
12     assist a struggling resident in the program; true?
13  A. Depending on the recommendation from WAPHP, yes.
14  Q. And if you receive a good -- a good -- strike that.
15     If you receive a recommendation from Washington
16     Physician's Health Program, do you typically follow the
17     recommendation or do you just ignore it?
18  A. We follow it --
19            MR. BAILEY:  Objection.  Hypothetical.
20  Q. Go ahead, doctor.
21  A. Yeah.  We follow it, otherwise we wouldn't ask for it
22     in the first place.
23  Q. Okay.  And then I want to move down a little bit on
24     No. 10.  It's highlighted here where it says, (as
25     read:)  "You will seek, with the stress of residency --
```

```
 1                    C E R T I F I C A T E
 2      STATE OF WASHINGTON)
                           ) ss.
 3      COUNTY OF CHELAN   )
 4
 5              THIS IS TO CERTIFY that I, Noreen Mattimoe-Nystrom,
 6      residing in Cashmere, Washington, reported the within and
 7      foregoing testimony; said testimony being taken before me as
 8      a licensed Washington State Court Reporter on the date
 9      herein set forth; that said examination was taken by me in
10      shorthand and thereafter under my supervision transcribed,
11      and that same is a full, true and correct record of the
12      testimony, including all questions, answers and objections,
13      if any, by counsel, to the best of my ability.
14              I further certify that I am not a relative,
15      employee, attorney, counsel of any of the parties; nor am I
16      financially interested in the outcome of the cause.
17              Transcribed notes will be destroyed three years
18      from the affixed date unless requested by counsel to retain
19      them.
20              WITNESS MY HAND this 2nd day of November, 2021.
21
22
23
24
                                 Noreen Mattimoe-Nystrom, RPR, CCR
25                               CCR NO, 1926
```