The Honorable Stanley A. Bastian

William D. Pickett, WSBA #27867
THE PICKETT LAW FIRM
917 Triple Crown Way, Ste. 100
Yakima, Washington 98908
Tel: 509-972-1825
bill@wpickett-law.com
*Attorney for Plaintiff*

Luan T. Le, *pro hac vice*
Law Offices of Luan T. Le
1190 S. Bascom Ave, Suite 213
San Jose, CA 95128
Tel: 408-247-4715
Email: ledowningllp@gmail.com
*Co-counsel for Plaintiff*

Mr. Seth W. Wiener, *pro hac vice*
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Tel: 925-487-5607
Email: seth@sethwienerlaw.com
*Co-counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DEMETRIOS VORGIAS, <br><br> Plaintiff, <br><br> v. <br><br> COMMUNITY HEALTH OF CENTRAL WASHINGTON, <br><br> Defendant. | Case No.: 1:21-cv-03013-SAB <br><br> ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT <br><br> [PROPOSED] |

THIS MATTER having come on regularly before the Court on Defendant's Motion for Summary Judgment, the parties appearing by and through counsel, the Court having reviewed the pleadings and files in this matter, specifically including the following:

1. Defendant's Motion for Summary Judgment ECF 38;

2. Defendant's Statement of Material Facts ECF 39;

3. Declaration of Nate Bailey with Exhibits ECF 40;

4. Declaration of Caitlin Hill with Exhibits ECF 41;

5. Declaration of Micahlyn Powers with Exhibits ECF 42;

6. Plaintiff's LCivR 56 Statement of Disputed Material Facts;

7. Plaintiff's Opposition to Defendant's Motion;

7. Declaration of Plaintiff Demetrios Vorgias with Exhibits;

8. Declaration of Counsel William D. Pickett, with Exhibits;

9. _____

10. _____

11. _____

Having heard the argument of counsel, and being otherwise fully advised in this matter; IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Summary Judgment is **DENIED**.

DONE IN OPEN COURT this __ day of January, 2022.

_____
HONORABLE STANLEY A. BASTIAN
UNITED STATES DISTRICT JUDGE

*Presented by:*

| THE PICKETT LAW FIRM<br>By: s/William Pickett<br>William D. Pickett, WSBA #27867<br>917 Triple Crown Way, Suite 100<br>Yakima, WA 98908<br>bill@wpickett-law.com<br>*Attorney for Plaintiff* | LAW OFFICES OF SETH W. WIENER<br>By: s/Seth W. Wiener<br>Seth W. Wiener, CSBA #203747<br>609 Karina Court<br>San Ramon, CA 94582<br>Email: sethwiener@yahoo.com<br>*Attorney for Plaintiff – Pro Hac Vice* |
|---|---|
| LAW OFFICES OF LUAN T. LE<br>By: s/Luan Le<br>Luan T. Le. CSBA #171029<br>1190 S Bascom Avenue, Suite 213<br>San Jose, CA 95128<br>Email: ledowningllp@gmail.com<br>*Attorney for Plaintiff – Pro Hac Vice* | |

ORDER DENYING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT- 4

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Luon T. Le, *pro hac vice*
Law Offices of Luan T. Le
1190 S. Bascom Ave, Suite 213
San Jose, CA 95128
Tel:  408-247-4715
Email:  ledowningllp@gmail.com
*Co-counsel for Plaintiff*

Mr. Seth W. Wiener, *pro hac vice*
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Tel:  925-487-5607
Email:  seth@sethwienerlaw.com
*Co-counsel for Plaintiff*

Catharine Morisset, WSBA #29682
Nate Bailey, WSBA #40756
Fisher & Phillips, LLP
1201 Third Avenue, Ste. 2750
Seattle, Washington  98101
Tel:  206-682-2308
Email:  cmorisset@fisherphillips.com
           nbailey@fisherphillips.com
*Attorneys for Defendant*

**DATED** at Yakima, Washington, this 22nd day of December, 2021.

By:  s/ William D. Pickett
William D. Pickett, WSBA NO. 27867