The Honorable Stanley A. Bastian

William D. Pickett, WSBA #27867
THE PICKETT LAW FIRM
917 Triple Crown Way, Ste. 100
Yakima, Washington 98908
Tel: 509-972-1825
bill@wpickett-law.com
*Attorney for Plaintiff*

Luan T. Le, *pro hac vice*
Law Offices of Luan T. Le
1190 S. Bascom Ave, Suite 213
San Jose, CA 95128
Tel: 408-247-4715
Email: ledowningllp@gmail.com
*Co-counsel for Plaintiff*

Seth W. Wiener, *pro hac vice*
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Tel: 925-487-5607
Email: seth@sethwienerlaw.com
*Co-counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DEMETRIOS VORGIAS,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH OF CENTRAL WASHINGTON,<br><br>Defendant. | Case No.: 1:21-cv-03013-SAB<br><br>**SUPPLEMENTAL DECLARATION OF PLAINTIFF DEMETRIOS VORGIAS IN OPPOSITION TO DEFENDANTS SUMMARY JUDGMENT** |

Plaintiff, DEMETRIOS VORGIAS, declares under penalty of perjury, under the laws of the United States of America and the laws of the State of Washington, that the following is true and correct:

1. I am over the age of 18 years and am a citizen of the United States. I have personal knowledge of the facts set forth in this declaration, and am competent to testify to them at trial. I have agreed to voluntarily provide the following sworn statement to accurately record the event that I experienced during my employment with defendant Community Health of Central Washington "CHCW" in Yakima, Washington from June 25, 2018 and ending May 1, 2019.

2. Defendants again state that my claim should be dismissed because "employers do not need to provide accommodations for undisclosed…disabilities" ECF No. 38, p.11. This claim by CHCW is invalid and totally in violation of the Accreditation Council for Graduate Medical Education ("ACGME") requirements that Defendants MUST "…educate faculty members and residents/fellows in identification of the symptoms of burnout, depression, and substance abuse, including means to assist those who experience these conditions..". In or around October 2018, Dr. Vorgias told me had ADHD and that he was struggling…". Dr. Hill was one of my attendings and I disclosed the fact that I had ADHD to her and that I was struggling-she admits this. Again according to ACGME, Dr Hill MUST report my struggling to the Program Director, Dr Power who has the affirmative duty to provide accommodations for the "conditions". Attached are true and correct excerpts of the ACGME Common Program Requirements describing the responsibility of faculty members. Ex. 19A

3. Defendants knew that I had an underlying medical condition that was hindering my success. They had a responsibility to address it with me and failed to do so.

- The Accreditation Council for Graduate Medical Education (ACGME) provides succinct requirement regarding the affirmative duty of attending physicians to look for GAD, depression, and ADHD and alert the Program Director of the concerns. ,

and "must encourage residents/fellows and Faculty members to alert their program director, DIO, or other designated personnel or programs when they are concerned that another resident/fellow or faculty member may be displaying signs of burnout, depression, substance abuse, suicidal ideation, or potential violence" and must provide access too appropriate tools for self screening " and "must provide access to confidential, affordable mental health , assessment, counseling, and treatment, including access to urgent and emergent care 24 hours a day, seven days a week". See Section III.B.7.c).(1) to III.B.7.c).(3) of Ex 19A. Furthermore, resident doctors should not "self-diagnose." This is especially true when you are in a residency program and just learning how to practice medicine. Residents should be properly supervised and guided as they learn. I did seek help to accomplish this.

      I declare under penalty of perjury, under the laws of the United States of America and the laws of the State of Washington, that the foregoing is true and correct.

      **DATED** this 22nd day of December, 2021, at Iuka, Mississippi.

                                  s/Demetrios Vorgias, M.D.
                                  DR. DEMETRIOS VORGIAS

# CERTIFICATE OF SERVICE

I hereby certify that on December 22nd, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Luan T. Le, *pro hac vice*
Law Offices of Luan T. Le
1190 S. Bascom Ave, Suite 213
San Jose, CA 95128
Tel:  408-247-4715
Email:  ledowningllp@gmail.com
*Co-counsel for Plaintiff*

Seth W. Wiener, *pro hac vice*
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Tel:  925-487-5607
Email:  seth@sethwienerlaw.com
*Co-counsel for Plaintiff*

Catharine Morisset, WSBA #29682
Nate Bailey, WSBA #40756
Fisher & Phillips, LLP
1201 Third Avenue, Ste. 2750
Seattle, Washington  98101
Tel:  206-682-2308
Email:  cmorisset@fisherphillips.com
          nbailey@fisherphillips.com
*Attorneys for Defendant*

**DATED** at Yakima, Washington, this 22nd day of December, 2021.

By:   s/ William D. Pickett
William D. Pickett, WSBA NO. 27867

SUPPLEMENTAL DECLARATION OF PLAINTIFF
DR. DEMETRIOS VORGIAS IN OPPOSITION TO
DEFENDANTS SUMMARY JUDGMENT            4