**Central Washington Family Medicine Residency Program**  *a Service of Community Health of Central Washington*

## CENTRAL WASHINGTON FAMILY MEDICINE RESIDENCY
## VERIFICATION OF GRADUATE MEDICAL EDUCATION & TRAINING

### Section I: Verification of training and performance during training

Trainee's Name: Demetrios Vorgias
Trainee's NPI: 1356833750
Trainee's DOB: 03/07/1975

Dates of training: PGY 1: Date From 06/25/2018 To: 05/01/2019
PGY 2: Date From None To: None
PGY 3: Date From None To: None
Training Program Accreditation: ✔ ACGME W/Osteopathic Recognition

Did the above-named trainee successfully complete the training program?
☐ Yes  ✓ No

If NO, please provide an explanation here: Dr. Vorgias successfully completed 4 weeks each of orientation, surgery, obstetrics, ambulatory pediatrics, musculoskeletal medicine, emergency medicine, Elective: EKG and behavioral medicine.

|  | Excellent | Good | Fair | Poor | Not Observed/Unknown |
|---|---|---|---|---|---|
| **Patient Care** | | | | | |
| Overall clinical competence | | | X | | |
| Preventative medicine | | | X | | |
| Inpatient competence | | | X | | |
| Outpatient competence | | | X | | |
| Procedural competence | | | | | X |
| Quality of medical records | | X | | | |
| **Medical Knowledge** | | | | | |
| General medical knowledge | | | X | | |
| Clinical knowledge (outpatient) | | | X | | |
| Clinical knowledge (inpatient) | | | X | | |
| Clinical knowledge (obstetrics) | | | X | | |
| **Systems Based Practice** | | | | | |
| Ability to Work with Interdisciplinary Team | | | X | | |
| Awareness of the larger context and system of healthcare | | | X | | |
| Ability to effectively call on resources to provide care | | | X | | |
| **Practice Based Learning and Improvement** | | | | | |
| Initiates self-directed learning | | | X | | |
| Ability to improve the system/practice | | | X | | |

| | Excellent | Good | Fair | Poor | Not Observed/Unknown |
|---|---|---|---|---|---|
| **Professionalism** | | | | | |
| Professional judgment and attitude | | X | | | |
| Punctuality and attendance | X | | | | |
| Timeliness completion of medical records/administrative duties | | X | | | |
| Ethics, sense of responsibility and honesty | | X | | | |
| **Interpersonal Communication Skills** | | | | | |
| General ability to understand/speak/write fluently in English | X | | | | |
| Interaction with clinical team members | | X | | | |
| **Osteopathic Principles** | | | | | |
| Patient Care | | | | | |
| Examination, Diagnosis, & Treatment | | | | | |
| Medical Knowledge | | | | | |
| Practice Based Learning & Improvement | | | | | |
| Interpersonal & Communication Skills | | | | | |
| Systems Based Practice | | | | | |
| Professionalism | | | | | |

| Was the trainee subject to any of the following during training? | Yes | No |
|---|---|---|
| Conditions or restrictions beyond those generally associated with the training regimen at your facility? | X | |
| Leave of absence | | X |
| Corrective or disciplinary action | X | |
|     Non-promotion/non-renewal | | |
|     Extension of training year (s) | | |
|     Probationary Action | X | |
|     Dismissal | X | |
| Investigated by a Government/Legal | | X |
| Malpractice Suits | | X |
| Disciplinary action for attending patients while apparently under the influence of drugs, alcohol or controlled substances | | X |
| Medical problems or mental disorders that affected the capacity to practice medicine | | X |
| Ever attempt procedures beyond his/her competence or granted privileges | | X |
| Please provide explanation to any "yes" answer above : Dr. Vorgias came under scrutiny due to medical knowledge and professionalism concerns during Jan. 2019 of his R1 year, was placed on constructive citation, which was advanced to probation and subsequently, dismissal. He made improvements in his professionalism and administrative task completion. Number of patients per half day in clinic was initially | | |

**EX. 3**

restricted in January 2019 due to difficulty with medical knowledge, efficiency, and time management. He progressed to the normal number of patients per half day of clinic after a short period of restriction. He was required to pre-precept before seeing clinic patients as well as have the attending physician repeat the history and exam for each patient he saw in clinic. This lasted from January 2019 to his dismissal in May 2019 for medical knowledge deficits despite attempts at remediation.

### Section II: Recommendation

Upon completion of the training program, the individual was deemed to have demonstrated sufficient competence in the specialty/subspecialty to enter autonomous practice.    ☐ Yes   ✓ No   ☐ N/A

This individual demonstrated sufficient competence to apply osteopathic principles to patient care, upon entry to practice, without direct supervision.    ☐ Yes   ☐ No   ✓ N/A

This trainee is:
☐ Recommended highly without reservation
☐ Recommended as qualified and competent
✓ Recommended with limitations described as direct supervision needed in the outpatient and inpatient setting. Would benefit from repeating the R1 year in family medicine.
☐ Not recommended for the following reason(s): Click here to enter text.

Did the program endorse this trainee as meeting the qualifications necessary for respective board certification in family medicine?    ☐ Yes   X No   ☐ N/A
If NO or N/A, indicate the reason(s): Demetrios was dismissed before he was eligible to sit for ABFM Board exam.

### Section III: Additional Comments

Please utilize this comment area to provide additional information regarding this trainee's performance, notable strengths or weaknesses:

Dr. Vorgias is enthusiastic, caring, and team oriented. He consistently was checking in with his co-residents and nurses in clinic on how they were doing and if he could help with any tasks. He was motivated to be a productive and helpful member of the medical team. He is dedicated to medicine driven to improve his medical knowledge. He loves patient care, and the relationships he can build with his patients. He gets significant joy from his work with the pediatrics population- watching kids grow and develop new skills and teaching them that the doctor's office is not a place to fear. He was noted to have given two very well received presentations. One was to his colleagues on a pediatrics topic which he worked diligently on preparing, and another was on a Pain class topic to the patients enrolled in the class. His preceptor for the pain class noted that it was one of the better presentations that had been given in pain class despite Dr. Vorgias being very nervous prior to the presentation. Dr. Vorgias does like to teach, which was reflected in his topic presentations, but due to some struggles with performance anxiety he would lose sleep due to his desire to impress classmates and attendings. Dr. Vorgias is very motivated to succeed in medicine, but he did struggle on hospital inpatient rotations, both medicine and obstetrics. He required more supervision and direction than what was expected for an intern and needed repeated review of medicine topics and patent care tasks each rotation and between rotations, which led to concern about his synthesis of medical knowledge. He is highly critical of himself, and this significantly impaired his ability to absorb and respond to feedback, make corrections, and continue to show progress. Frequently, we would discuss how he had the basic idea for a topic but got sidetracked on either his self-criticism or concern about improving that it impeded his growth. He is now addressing these concerns personally so that moving forward he can be successful in his career.

## Section IV: Attestation

The information provided on this form is based on review of available training records, evaluations and direct information provided by supervising faculty.

_____M. Powers MD._____         _____6/6/19_____
    Residency Program Director                                Date

Micahlyn Powers, MD
Phone: 509-452-4946
Fax: 509-457-3989
Email: cwfmr@chcw.org

**EX. 3**