**Heidi Martinez**

From: Micahlyn Powers
Sent: Friday, April 19, 2019 11:55 AM
To: Leticia Fernandez; Heidi Martinez
Subject: Fwd: D.V.

Please print for his binder.

Get Outlook for iOS

---

From: Cynthia Morales <cmorales@wphp.org>
Sent: Friday, April 19, 2019 11:52 AM
To: Micahlyn Powers
Subject: RE: D.V.

Hi Dr. Powers,

Thank you for taking my call. To summarize, D.V. has completed the evaluation process recommended by our organization. Based on this evaluation, there was no current identified impairment due to an underlying medical condition.

We are recommending to him enrollment in monitoring with our organization in order to monitor underlying medical conditions. We want to monitor these conditions in order to prevent future impairment. We hope that the recommendations provided to him will impact his performance. We believe it may take some time before these recommendations produce results.

We emphasize to all residency programs and employers that they may continue their own disciplinary processes in tandem with our own processes.

I will send to you a letter confirming completion of our evaluation process and our recommendation for monitoring, per your instructions.

Thank you for collaborating with us. I will be in touch again to discuss in more detail specific aspects of his monitoring ih our program.

1

**EX. 5**

Kindly,

Cynthia Morales, M.A., LMHC
Clinical Coordinator
Washington Physicians Health Program

**From:** Micahlyn Powers <Micahlyn.Powers@chcw.org>
**Sent:** Thursday, April 18, 2019 4:41 PM
**To:** Cynthia Morales <cmorales@wphp.org>
**Subject:** Demetrios Vorgias

Cynthia,

I'd love to have an update on how Dr. Vorgias is doing based on his last evaluation performed a few weeks ago.

The "CARED" Committee (Committee about residents experiencing difficulty) met yesterday to discuss his progress, and there are ongoing great concerns, and we suspect he will not pass his current inpatient family medicine rotation. This will lead to his termination from the residency program. Concerns regarding professionalism have improved, but medical knowledge lags far behind his peers and he is in no way able to be promoted to the second year of residency.

Any information on his progress would be welcome before Wednesday, April 24, which is His next formal evaluation.

Micahlyn Powers MD
Interim Program Director Central WA Family Medicine Residency
Yakima, WA
CHCW-Ellensburg Site Director

2

**EX. 5**