HONORABLE STANLEY A. BASTIAN

William D. Pickett, WSBA #27867
THE PICKETT LAW FIRM
917 Triple Crown Way, Ste. 100
Yakima, Washington 98908
Tel: 509-972-1825
bill@wpickett-law.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEMETRIOS VORGIAS,<br>　　　　　　Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH OF CENTRAL WASHINGTON<br>　　　　　　Defendants. | NO: 1:21-CV-03013-SAB<br><br>**PLAINTIFF DEMETRIOS VORGIAS' SUPPLEMENTAL INITIAL DISCLOSURES RE: DAMAGES** |

Plaintiff Demetrios Vorgias ("Plaintiff" or "Vorgias") hereby provides the following Supplemental Initial Disclosures RE: Damages pursuant to Federal Rule of Civil Procedure 26:

*(iii) a computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:*

　　1.　　Compensatory damages in the minimum amount of $1,000,000;

　　2.　　For punitive and exemplary damages according to proof;

PLAINTIFF DEMETRIOS VORGIAS'
SUPPLEMENTAL INITIAL DISCLOSURES
(1:21-CV-03013-SAB) - 1

The Pickett Law Firm
*Law Office of William D. Pickett*
917 Triple Crown Way, Suite 100
Yakima, WA. 98908
Tel: 509-972-1825 / Fax: 509-972-1826

**EX. 7**

3. An order placing Plaintiff in the position that he would have been had there been no violation of his rights;

4. An order enjoining/restraining Defendant from further acts of discrimination or retaliation;

5. An award of interest, costs, and reasonable attorney's fees;

6. Any and all other remedies provided pursuant to the ADA and WLAD;

7. Any other appropriate nondiscriminatory measures to overcome the above-described discrimination; and

8. For such other and further relief as the Court deems just and proper.

[SUPPLEMENTAL INITIAL DISCLOSURES]

## EARNING CAPACITY EVALUATION & EXHIBITS USED TO SUMMARIZE OR SUPPORT OPINIONS

### Earning Capacity Analysis

To properly assess loss of earning capacity, there are several data sets that help describe Earning Capacity. Several data points and sources are used to define the data sets of Actual Past Earnings, Pre-Termination Earning Capacity, Past Lost Earnings (since the date of termination), Post-Termination Diminished Earning Capacity, and Post-Termination Mitigating Earnings Losses.

**Actual Past Earnings (Pre-Termination) & Past Lost Earnings.** The facts and data on file illustrate Dr. Vorgias' actual earnings while at CWFM was $43,858.30. Would they have kept him on at the clinic for the full year, he would have earned $52,630.00. He therefore lost $8,771.70 in earnings for his first year of medical residency.

| Tax Year | Actual Earnings | Estimated Earning Capacity | Past Loss Earnings |
|---|---|---|---|
| 2018 1st year residency | $43,858.30 | $52,630.00/Year ($4,385.83/Month) | -$8,772.00 |

PLAINTIFF DEMETRIOS VORGIAS'
SUPPLEMENTAL INITIAL DISCLOSURES
(1:21-CV-03013-SAB) - 2

The Pickett Law Firm
*Law Office of William D. Pickett*
917 Triple Crown Way, Suite 100
Yakima, WA. 98908
Tel: 509-972-1825 / Fax: 509-972-1826

**EX. 7**

**Estimated Earning Capacity During Medical Residency & Past Lost Earnings.**

| Tax Year | Estimated Earnings Capacity | Past Loss Earnings |
|---|---|---|
| 2019 2nd year residency | $55,080.00 | -$55,080.00 |
| 2020 3rd year residency | $58,450.00 | -$58,450.00 |

**Earning Capacity Post-Medical Residency.**

<u>May 2020 - U.S. NATIONAL (USDOL-BLS) Occupational Employment and Wage Survey for Family Physician (OEWS):</u>

Hourly - 10%ile = $38.28     Weekly - 10%ile = $1,531     Annual - 10%ile = $79,610

Hourly - 25%ile = $71.31     Weekly - 25%ile = $2,852     Annual - 25%ile = $148,320

Hourly - 50%ile = $99.70     Weekly - 50%ile = $3,988     Annual - 50%ile = $207,380

Hourly - 75%ile = No Data    Weekly - 75%ile = No Data    Annual - 75%ile = No Data

Hourly - 90%ile = No Data    Weekly - 90%ile = No Data    Annual - 90%ile = No Data

<u>National Wage Survey Data from Salary.Com for 2020 for Family Physicians-With Sign-On Bonus:</u>

Salary.com: Physician - Family Practice Salary+Bonus by Percentile

| PERCENTILE | SALARY | LOCATION | LAST UPDATED |
|---|---|---|---|
| 10th Percentile Physician - Family Practice Salary + Bonus | $181,260 | WA | September 27, 2021 |
| 25th Percentile Physician - Family Practice Salary + Bonus | $206,399 | WA | September 27, 2021 |
| 50th Percentile Physician - Family Practice Salary + Bonus | $234,012 | WA | September 27, 2021 |
| 75th Percentile Physician - Family Practice Salary + Bonus | $271,366 | WA | September 27, 2021 |
| 90th Percentile Physician - Family Practice Salary + Bonus | $305,376 | WA | September 27, 2021 |

/
/
/

PLAINTIFF DEMETRIOS VORGIAS'
SUPPLEMENTAL INITIAL DISCLOSURES
(1:21-CV-03013-SAB) - 3

The Pickett Law Firm
*Law Office of William D. Pickett*
917 Triple Crown Way, Suite 100
Yakima, WA. 98908
Tel: 509-972-1825 / Fax: 509-972-1826

**EX. 7**

Salary.com: Physician - Family Practice Salary+Bonus by Percentile

| PERCENTILE | SALARY | LOCATION | LAST UPDATED |
|---|---|---|---|
| 10th Percentile Physician - Family Practice Salary + Bonus | $160,860 | Jacksonville,FL | September 27, 2021 |
| 25th Percentile Physician - Family Practice Salary + Bonus | $183,170 | Jacksonville,FL | September 27, 2021 |
| 50th Percentile Physician - Family Practice Salary + Bonus | $207,674 | Jacksonville,FL | September 27, 2021 |
| 75th Percentile Physician - Family Practice Salary + Bonus | $240,825 | Jacksonville,FL | September 27, 2021 |
| 90th Percentile Physician - Family Practice Salary + Bonus | $271,007 | Jacksonville,FL | September 27, 2021 |

Due to COVID virus pandemic and the strain it has put on medical institutions and professionals, there is a high demand and low supply of physicians as well as other medically trained personnel available. This scenario drives up starting salaries. Most institutions are offering sign-on bonuses for newly graduated physicians, physicians without licenses in states where supply is very low, and for those physicians who have some years of experience in the field. I have shown the OEWS statistics for physicians on a national basis and it does not show the 75% or the 90% likely because that is changing rapidly during this COVID pandemic. I also used Salary.com, a private source who publishes wages and salaries for family practice physicians.

The table below depicts salaries starting at the 50% percentile through the 90%. It is my opinion based on salary research, high demand for new physicians, and current low supply of physicians available, that there are a large number of employers who would hire new physicians at the 50% and the 75%, depending on how urgent their need is. Currently the need is high in almost all states.

The USDOL-BLS OEWS data provides a baseline for family physician salaries, however, Salary.com provides a more boots on the ground reality of what family physicians are being paid at completion of their medical residency.

PLAINTIFF DEMETRIOS VORGIAS'
SUPPLEMENTAL INITIAL DISCLOSURES
(1:21-CV-03013-SAB) - 4

The Pickett Law Firm
*Law Office of William D. Pickett*
917 Triple Crown Way, Suite 100
Yakima, WA. 98908
Tel: 509-972-1825 / Fax: 509-972-1826

**EX. 7**

| Location & Data Source | 50% | 75% | 90% |
|---|---|---|---|
| National/OEWS data | $207,380 | NA | NA |
| Washington/Salary.com | $234,012 | $271,366 | $305,376 |
| Florida/Salary.com | $207,674 | $240,825 | $271,007 |
| Average | $216,355 | $256,095 | $288,191 |
| Most probable starting wage: | | $256,095 | |

**Diminished Earing Capacity (Salary + Benefits)**

It is estimated that it may take another entire year from today's date before Dr. Vorgias could be matched for a new medical residency clinic. It is not certain that he will be able to match again based on how CWFM handled the termination of his first-year medical residency. But assuming he can, there will be diminished earnings losses from 2021 through 2024, at which time Dr. Vorgias would complete his third-year residency.

A 5% cost of living increase is calculated for every year after 2021. An additional $500 will be added to the benefits value every year after 2021 due to inflation, cost of managed health care increases and production/merit increases. Additional losses are appropriate to consider if present value calculation and delayed earnings losses are considered.

| Tax Year | Earning Capacity | Benefits 25% | Total Earning Capacity | Expected Earnings | Diminished Earning Capacity |
|---|---|---|---|---|---|
| 2021 | $256,095 | $64,023 | $320,118 | $00.00 | $320,118 |
| 2022 | $282,345 | $64,523 | $346,868 | $55,080 | $291,788 |
| 2023 | $296,462 | $65,023 | $361,485 | $58,450 | $303,035 |
| 2024 | $311,285 | $65,523 | $376,808 | $320,118 | $56,690 |
| 2025 | $326,849 | $66,023 | $392,872 | $346,868 | $46,004 |
| 2026 | $343,191 | $66,523 | $409,714 | $361,485 | $48,229 |
| 2027 | $360,351 | $67,023 | $427,374 | $376,808 | $50,566 |
| Total Diminished Earning Capacity | | | | | **$1,116,430.00** |

PLAINTIFF DEMETRIOS VORGIAS'
SUPPLEMENTAL INITIAL DISCLOSURES
(1:21-CV-03013-SAB) - 5

The Pickett Law Firm
*Law Office of William D. Pickett*
917 Triple Crown Way, Suite 100
Yakima, WA. 98908
Tel: 509-972-1825 / Fax: 509-972-1826

**EX. 7**

**LOSSES, HARMS, & DAMAGES**

| | |
|---|---|
| Past Lost Wages | $122,302.00 |
| Diminished Earning Capacity Loss | $1,116,430.00 |
| Pain and Suffering-general damages | $ to be determined by jury |
| | |
| Total Losses & Damages: | $1,238,732.00 (not including non-economic/general damages as determined by jury) |

**[END SUPPLEMENTAL INITIAL DISCLOSURES]**

Plaintiff expressly reserves the right to supplement this disclosure as any additional information may become known during the discovery stage of this matter.

Dated this 19th day of November, 2021.

        s/ William D. Pickett
William D. Pickett, WSBA #27867
*Attorney for Plaintiff*
917 Triple Crown Way, Ste. 100
Yakima, Washington 98908
Tel: 509-972-1825
bill@wdpickett-law.com

PLAINTIFF DEMETRIOS VORGIAS'
SUPPLEMENTAL INITIAL DISCLOSURES
(1:21-CV-03013-SAB) - 6

The Pickett Law Firm
*Law Office of William D. Pickett*
917 Triple Crown Way, Suite 100
Yakima, WA. 98908
Tel: 509-972-1825 / Fax: 509-972-1826

**EX. 7**

# CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2021, I electronically served a true and correct copy of the following document(s):  **PLAINTIFF DEMETRIOS VORGIAS' SUPPLEMENTAL INITIAL DISCLOSURES.**

On the parties in this action, through their attorneys of record, address for service on the persons below:

Mr. Luon T. Le, *pro hac vice*
Law Offices of Luan T. Le
1190 S. Bascom Ave, Suite 213
San Jose, CA 95128
Tel: 408-247-4715
Email:        ledowningllp@gmail.com
*Co-counsel for Plaintiff*

Mr. Seth W. Wiener, *pro hac vice*
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Tel: 925-487-5607
Email:        seth@sethwienerlaw.com
*Co-counsel for Plaintiff*

Catharine Morisset, WSBA #29682
Nate Bailey, WSBA #40756
Fisher & Phillips, LLP
1201 Third Avenue, Ste. 2750
Seattle, Washington 98101
Tel: 206-682-2308
Email:        cmorisset@fisherphillips.com
              nbailey@fisherphillips.com
*Attorneys for Defendant*

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and that his Certificate of Service was executed on:

DATED at Yakima, Washington, this 19th day of November, 2021.

By:   s/ William D. Pickett
      William D. Pickett, WSBA NO. 27867

PLAINTIFF DEMETRIOS VORGIAS'
SUPPLEMENTAL INITIAL DISCLOSURES
(1:21-CV-03013-SAB) - 7

The Pickett Law Firm
*Law Office of William D. Pickett*
917 Triple Crown Way, Suite 100
Yakima, WA. 98908
Tel: 509-972-1825 / Fax: 509-972-1826

**EX. 7**