

06/05/2019

Dear Residency Director:

      It is a privilege to write a letter of recommendation for Dr. Demetrios Vorgias. I have personally and professionally known Demetrios during his training this last year at Yakima Regional Medical Center. In his pursuit to become a quality physician I have witnessed his drive and dedication. The residency that has received his application has an opportunity to educate a committed individual that I know to be dependable and honest. Please consider this young man seriously. He is a dedicated applicant with the needed determination and commitment to excel in Medicine.

      In December of 2018 and January of 2019, during his Emergency Medicine rotation, it was my privilege to professionally work with him on multiple shifts. This enabled me to evaluate him as an individual and a physician. He initially appeared nervous in his presentations however I was able to reassure him. I explained that he was there to learn, and that I encouraged questions. I found his depth of knowledge solid and appropriate for his level of training. His ability to communicate with the patients was always courteous and professional. He demonstrated initiative and interest in learning. Following the completion of his rotation in the Emergency Department he requested additional shifts on personal time. His stated reason was that the educational experience had been appreciated and enjoyed and he desired the additional learning opportunity.

      Dr. Vorgias' experience during his internal medicine rotation is noted but out of character from his performance in the Emergency Department. I understand there was difficulty with stress and anxiety during those rotations. Residency is truly one of the most difficult periods in our training as physicians. As mentioned, during his first shift with me I realized that his hesitancy and demeanor were associated with anxiety. I immediately purposed to put him at ease and the remaining shifts became excellent, quality learning experiences. I know that this loss of position with Central Washington Family Medicine is something which must be considered however he has committed his life to medicine. This young man will be a quality physician and he will bring honor to our profession. I believe that the correct teaching environment will allow Demetrios to excel.

**EX. 9**



The depth of clinical knowledge demonstrated by Demetrios was easily recognized when presented in a relaxed teaching environment. He has a natural curiosity and learns quickly. He is enthusiastic in asking questions with a natural ability to integrate knowledge. From my experience his enjoyment for learning actually made the teaching process a pleasure. He is acquainted with the challenge that Medicine offers and he is looking forward to that challenge. I know this current challenge has only increased his passion and drive.

It is a privilege to write this letter of recommendation for Dr. Vorgias and he deserves your most sincere consideration. The program that is able to secure him will be proud of his career in the years to come. Please call if any further questions, as I would be pleased to speak directly with the committee. I professionally and personally recommend Dr. Demetrios Vorgias. He has my respect and support as he strives to achieve his goals.

Sincerely

Douglas E Coon MD, FACEP
Regional Medical Director, West Division Envision Healthcare Inc.
Email: douglas.coon@emcare.com
C 360-420-3817

**EX. 9**

**Ed Prasthofer MD**

8th June 2019

**Letter of reference for Demetrios Vorgias MD:**

I had the opportunity to work with Demetrios on several patients at Yakima Valley Memorial Hospital in April 2019. He expressed enthusiasm, ability, and initiative beyond average, and had an excellent work ethic to my observation. He was empathetic with patients and follows instructions well. Demetrios admitted to me that he needed guidance with the use of electronic medical records, which he was able to master when he received the proper training. He was a general medical consultant on a one of my patients with acute myeloid leukemia, and he handled himself admirably. In working with Demetrios on a daily basis, I found him to be attentive, and recording in detail my recommendations and he asked inquisitive questions. He appeared to work well with his colleagues, and he was liked by my patients. He also displays the qualities of humanity and congeniality which are so important in physicians these days. In my opinion, Demetrious can perform more than adequately as a medical resident, given the appropriate instruction and guidance in use of the electronic medical record.

Demetrios was an honors graduate of Boston University, and attended University of California Berkeley, which is the flagship institution in the University of California system. He served as graduate assistant and tutor, graduate researcher, and co-authored several publications. He clearly has the intellectual capability to perform as a physician in a hospital training program, and I strongly support his candidacy.

I have served on faculty at University of Alabama School of Medicine, and on the internship selection committee. I was very active in medical education, at all levels of medical students, interns, residents, and fellows. Based on my experience in medical education training, I am confident that Demetrios will be an asset to your institution. I recommend him strongly.

**EX. 9**

Sincerely,

*[signature]*

Ed Prasthofer MD

Diplomate, American Board of Internal Medicine

American Board of Hematology

American Board of Medical Oncology

**EX. 9**

**Judith Harvey MD**
902 S 31st Avenue
Yakima WA 98902
judykharvey62@gmail.com

July 3, 2019

To Whom it May Concern:

I was employed as core faculty at Central Washington Family Medicine Residency in Yakima, Washington. I practiced full spectrum family medicine, including inpatient medicine and obstetrics, for nineteen years before deciding to retire.

I first met Dr. Demetrios Vorgias when he interviewed for a residency slot for the class of 2021 and I was impressed with his passion for connecting with others. He matched with our residency and joined our program in June 2018. I supervised him for a year while practicing outpatient, OB, and hospital medicine.

It was fairly obvious from the get-go that Dr. Vorgias had been out of the clinical setting for a while and that his skills and medical knowledge were rusty. However, he recognized his deficits and worked quite hard at building his medical knowledge and efficiency. During my time supervising him, it was also clear to me that he would get anxious during his patient presentations. When we worked one-on-one, I was able to put him at ease and he was then able to give appropriate and thorough presentations and demonstrate an appropriate fund of medical knowledge.

Dr. Vorgias would consistently work to improve his gaps in medical knowledge. He took feedback from me well and has an obvious desire to improve his skills. By the end of his first year, he was performing at the level expected for an intern. Unfortunately, because of his nervousness, some of the faculty had "already made up their minds" about Dr. Vorgias and were unable to see the progress that he made.

As part of his probation, Dr. Vorgias was sent to the Washington Physicians Health Program for evaluation. He was eventually diagnosed with generalized anxiety disorder. Unfortunately, he was discharged from our program before he had an opportunity to address his anxiety. Given the opportunity to address it, I likely would not have needed to write this letter.

One quality that Dr. Vorgias does possess – a quality that cannot be taught – is a great big heart. He is very protective of his patients and is first and foremost a patient advocate. He is acutely aware that medicine is about more than just treating disease, but rather it is about treating the whole person. Demetrios was always cognizant of potential barriers to patient care

**EX. 9**

– whether it be financial, cultural, or otherwise – and went the extra mile to work with our care coordinators to ensure that his patients could receive the best care he could offer.

After the meeting in which he was notified of his termination, Demetrios returned to the hospital and gave sign-out on his patients, even as he was breaking down in front of me. That is the kind of dedication and professionalism that medicine needs. Given the opportunity, this dedication will continue to serve his patients, his team, and his career very well.

Dr. Vorgias is a warm, motivated, enthusiastic, hard-working, passionate, and dedicated resident. He is a team-player who is well-loved by his colleagues, staff, and patients. He has the capacity to become an excellent physician who I believe any program would benefit from having him on their team. I highly recommend Dr. Vorgias for your residency program.

Please feel free to contact me with any further questions,


Judith Harvey MD

**EX. 9**

# NACHES MEDICAL CLINIC

June 24, 2019

Regarding Demetrius Vorgias M.D.

I am an attending and supervising physician on the inpatient Family Medicine Service for Central Washington Family Medicine working with residents in the acute hospital care setting at our local hospital in Yakima, Washington. Residents in the CWFM Residency will have three rotations of four weeks each during each of their three years in residency. I worked with Dr. Vorgias during his 3 rotations this past year. I spent two separate weeks as his attending, and I also would work with him on late afternoons when I was the night call attending.

I found Dr. Vorgias to be motivated, very interested in patient care, very interested in learning, and very interested in progressing through the program. He had some initial difficulties with the workload during his first rotation, but when I worked with him on his second rotation, he clearly demonstrated improvement.

He was very attentive to patient care and patient progress during the patient's hospitalization. His knowledge of medicine was consistent with that of a first-year resident. He could comfortably recognize when he needed to ask questions, and he was not reluctant in asking for advice appropriately. He improved his organization skills, and subsequently his communication skills.

I understand that Dr. Vorgias went through some extracurricular evaluations and learning skills sessions to help improve his overall level of competency. I was not involved in supervising him at that time. However, I believe that he has continued to improve in his ability to perform the clinical duties required of the resident. I believe that he is capable of continuing his post graduate medical education in a residency program. He has the desire and motivation to be successful.

I may be contacted at the email address or office address below if more information is desired.

Sincerely,

*[signature]*

Mark J. Bauer M.D.
P.O Box 580
Naches WA 98937
Email: mark.bauer@chcw.org

**EX. 9**

June 3, 2019

To Whom it may concern:

I am writing this letter of support for Dr. Demetrios Vorgias, who is applying for residency positions. I have known and worked with Dr. Vorgias since July 2018 when he started as an intern at Central Washington Family Medicine Residency in Yakima, Washington. In addition to my role as faculty, I was Dr. Vorgias' faculty advisor during his tenure at our program. I have worked with Dr. Vorgias as an attending on the OB floor as well as on our inpatient medicine service and as a preceptor in clinic, in addition to my advisor role. He was also on my same clinic team as a practice partner.

Dr. Vorgias is enthusiastic, caring, and team oriented. He consistently was checking in with his co-residents and nurses in clinic on how they were doing and if he could help with any tasks. He was motivated to be a productive and helpful member of the medical team. He is dedicated to medicine driven to improve his medical knowledge. He loves patient care, and the relationships he can build with his patients. He gets significant joy from his work with the pediatrics population- watching kids grow and develop new skills and teaching them that the doctor's office is not a place to fear. He successfully completed his Surgery, Emergency medicine, Behavioral Health, Pediatrics, and Ambulatory Family Medicine rotations. He was noted to have given two very well received presentations. One was to his colleagues on a pediatrics topic which he worked diligently on preparing, and another was on a Pain class topic to the patients enrolled in the class. His preceptor for the pain class noted that it was one of the better presentations that had been given in pain class despite Dr. Vorgias being very nervous prior to the presentation. Dr. Vorgias does like to teach, which was reflected in his topic presentations, but due to some struggles with performance anxiety he would lose sleep due to his desire to impress classmates and attendings.

Dr. Vorgias is very motivated to succeed in medicine, but he did struggle on hospital inpatient rotations, both medicine and obstetrics. He required more supervision and direction than what was expected for an intern, and needed repeated review of medicine topics and patent care tasks each rotation and between rotations, which led to concern about his synthesis of medical knowledge. He is highly critical of himself, and this significantly impaired his ability to absorb and respond to feedback, make corrections, and continue to show progress. Frequently, we would discuss how he had the basic idea for a topic, but got sidetracked on either his self-criticism or concern about improving that it impeded his growth. He is now addressing these concerns personally so that moving forward he can be successful in his career.

Dr. Vorgias is enthusiastic, thoroughly enjoys patient care and the challenge of medicine, and the collegiality of working on a medicine team. He is actively addressing both his anxiety and working to grow his medical knowledge, which will better prepare him to succeed in his next program. I do think with continued guidance and encouragement he will be more successful in his next program.

Please feel free to contact me with any questions you may have regarding this letter or his performance,

*Caitlee D Hill, MD*

Caitlin C. D. Hill, MD

Central Washington Family Medicine Residency Core faculty
Caitlin.Hill@chcw.org
(218)260-1380

**EX. 9**



**KAISER PERMANENTE**

Kaiser Foundation Health Plan of the Northwest

April 23, 2020

To whom it may concern,

I was a Senior Resident at Central Washington Family Medicine Residency when Demetrios Vorgias began his Intern year. We had many opportunities to work together in the clinic and didactics throughout the year. I was Chief Resident of the hospital medicine team during his hospital rotation in April 2019 and worked with him closely during that time

Dr. Vorgias showed a pattern of becoming quite anxious and losing his place during case presentations. He had difficulty answering medical knowledge questions when he was in front of a group or unfamiliar attending physician. The contrast was striking when he worked with colleagues one-on-one or in a less formal environment. In casual conversation outside the hospital setting, his medical knowledge was consistent with his level of training. When studying for board exams he was able to provide clear explanations of complex material. What is more, he is quite articulate in discussion of complex cases.

It is clear to me that severe anxiety and ADHD significantly impeded the ability of Dr. Vorgias to be successful during his time at Central Washington Family Medicine Residency. Should these conditions be well controlled and properly accommodated, I anticipate he will be much more successful in the future.

Thank you for your time and consideration

*[signature]*

Tess Ish-Shalom, DO MS

Hillsboro Medical Office
5373 E Main St
Hillsboro, Oregon 97123

Kaiser Health Plan of the Northwest

**EX. 9**

To whom it May concern:

I am writing this letter on behalf of Dr. Demetrios Vorgias. I have known Dr. Vorgias since approximately July of 2018 when he began residency at Central Washington Family Medicine residency program in Yakima Washington. I have worked periodically with Dr. Vorgias in the last 10 months interacting with him as a family medicine faculty attending. I have had the chance to work with him in the outpatient clinic, adult inpatient, and OB setting.

Dr. Vorgias has been consistently enthusiastic about his work and has shown continued willingness to work hard. It was clear that he wanted to be an active and productive part of the team. He was willing to put in long hours to complete his work. Pulling his share of the load was very important to him. Even under significant stress, he was able to maintain a positive attitude.

I must also address the fact that he did run into some difficulty particularly in some of our more demanding areas of practice (inpatient adult medicine/OB). There were times that He struggled to keep up with the pace and perform clinical duties in a timely manner. It was evident that at times he became overwhelmed and his ability to function suffered. Dr. Vorgias has since identified some areas that likely had a significant impact on his ability to function. Moving forward he will be focusing on these weaknesses as a means to improve.

As he moves forward with his career I wish him the best. Thank you for considering him as a candidate for your program. If you should have more questions or wish to contact me my info is below.

Carlin Miller DO
Core Family Medicine Faculty
Central Washington Family Medicine Residency
carlin.miller@chcw.org
509-823-6566

*[signature]*

**EX. 9**