## MEDICAL RESIDENCY JOBS APPLIED TO VIA MEDICAL RESIDENCY PORTAL

### Family Medicine Programs

Abrazo Health Network Program
Adena Regional Medical Center Program
AdventHealth Orlando (Winter Park) Program
Albany Medical Center Program
Allegheny Health Network Medical Education Consortium (FH) Program
Allegheny Health Network Medical Education Consortium (SVH) Program
Altru Health System (Grand Forks) Program
Ascension Genesys Hospital Program
Ascension Providence/MSUCHM Program
Ascension St John Hospital Program
Aultman Hospital/NEOMED Program
Aurora Health Care (Elkhorn) Program
Aurora Health Care (Milwaukee) Program
Aurora Health Care (Waukesha) Program
Baptist Health Madisonville Program
Baptist Outreach Services (Montgomery) Program
Baton Rouge General Medical Center Program
Bayfront Health St Petersburg Program
Baylor College of Medicine Program
Baylor University Medical Center Program
Beaumont Health (Grosse Pointe) Program
Beaumont Health (Troy) Program
Beaumont Health (Wayne) Program
Broward Health Program
Cahaba Medical Care/University of Alabama Medical Center Program
Campbell University Program
Carilion Clinic-Virginia Tech Carilion School of Medicine Program
Carle Foundation Hospital Program
Case Western Reserve University (MetroHealth) Program
Case Western Reserve University/University Hospitals Cleveland Medical Center Program
Center for Family Medicine (Pierre) Program
Center for Family Medicine (Sioux Falls) Program
Centra Health Program
Central Maine Medical Center Program
Central Michigan University College of Medicine Program
Charleston Area Medical Center/West Virginia University (Charleston Division) Program
Christus Health/Texas A&M College of Medicine/Spohn Hospital Program
Community Health Care Program
Community Health of South Florida, Inc. (CHI) Program
Concord Hospital/New Hampshire-Dartmouth Family Medicine Program
Conemaugh Memorial Medical Center Program
Creighton University School of Medicine (Phoenix) Program
Dublin Methodist Hospital Program
Eastern Virginia Medical School (Ghent) Program
Ellis Hospital of Schenectady Program
Firelands Regional Medical Center Program

**EX. 10**

Florida State University College of Medicine/Lee Memorial Health System Program
Floyd Medical Center Program
Foley Hospital Corporation/South Baldwin Regional Medical Center Program
Fort Wayne Medical Education Program
Franciscan Health Olympia Fields Program
Geisinger Health System Program
Grand Strand Regional Medical Center Program
Halifax Medical Center Program
Harrison Medical Center Program
HCA Gulf Coast Education Consortium Program
HCA Healthcare/USF Morsani College of Medicine GME: Oak Hill Hospital Program
HCA Healthcare/USF Morsani College of Medicine GME: St. Petersburg General Hospital Program
HCA Healthcare: East Florida Division GME: St. Lucie Medical Center Program
HCA Medical City Arlington Program
Henry Ford Allegiance Health Program
Heritage Valley Health System Program
Hoboken University Medical Center Program
Houston Healthcare System Program
Hunterdon Medical Center Program
Icahn School of Medicine at Mount Sinai (South Nassau) Program
Idaho State University Program
Indiana University School of Medicine (Arnett) Program
Indiana University School of Medicine Program
Inspira Health Network (Vineland) Program
Iowa Medical Education Collaborative Program
Jefferson Health Northeast Program
Kadlec Regional Medical Center Program
Kent Hospital Program
Kettering Health Network/Indu and Raj Soin Medical Center Program
Larkin Community Hospital Palm Springs Campus Program
Larkin Community Hospital Program
LewisGale Medical Center Program
Lincoln Medical Education Partnership Program
Louisiana State University (Bogalusa) Program
Louisiana State University (Lake Charles) Program
Louisiana State University (Shreveport) Program
Louisiana State University (Shreveport) Rural Program
LSU Health Sciences Center/University Hospital and Clinics (Lafayette) Program
Manatee Memorial Hospital Program
Mayo Clinic College of Medicine and Science
Medical Center of Central Georgia/Mercer University School of Medicine Program
Medical College of Georgia Program
Medical College of Georgia/Satilla MCG Rural Program
Medical College of Wisconsin Affiliated Hospitals (Community Memorial) Program
Memorial Health-University Medical Center/Mercer University School of Medicine (Savannah)Program
Memorial Hermann Health System Program
Mercy Health Grand Rapids Program
Mercy Health-St Rita's Medical Center Program

**EX. 10**

Mercy St Vincent Medical Center/Mercy Health Partners Program
MidMichigan Medical Center-Midland Program
Mississippi Medical Education and Research Consortium Program
Montana Family Medicine Residency Program
Mount Sinai Hospital Medical Center of Chicago Program
Mountain State Osteopathic Postdoctoral Training Institutions (MSOPTI)/Greenbrier Valley Medical Center Program
MultiCare Health System (East Pierce) Program
MultiCare Health System (Tacoma) Program
Northeast Georgia Medical Center Program
Northside Hospital - Gwinnett Program
Norwegian American Hospital Program
Novant Health Program
Ocean Medical Center Program
Orange Park Medical Center Program
Palmetto General Hospital Program
Penn Highlands DuBois Program
Penn State Milton S Hershey Medical Center/State College Program
Phoebe Putney Memorial Hospital (Phoebe) Program
Presence Saints Mary and Elizabeth Medical Center Program
Prisma Health/University of South Carolina SOM Greenville (Greenville) Program
Puyallup Tribal Health Authority Program
Rapid City Hospital Program
Rush University Medical Center/Copley Memorial Hospital Program
Samaritan Medical Center Program
Sea Mar Community Health Centers Program
South Georgia Medical Education and Research Consortium Program
Southern Illinois University (Carbondale) Program
Southern Illinois University (Decatur) Program
Southern Illinois University (Quincy) Program
Southern Illinois University Program
Southern Regional Area Health Education Center/Duke University Hospital Program
Sparrow Hospital/Michigan State University Program
Spokane Teaching Health Center Rural Program
Spokane Teaching Health Center/Holy Family Hospital Program
Spokane Teaching Health Center/Sacred Heart Medical Center Program
St Anthony Hospital Program
St Elizabeth Medical Center Program
St Elizabeth Youngstown Hospital/NEOMED Program
St Francis Hospital Program
St Joseph's Health/SUNY Health Science Center at Syracuse Program
St Louis University School of Medicine (Southwest Illinois) Program
St Luke's Hospital Program
St Luke's Hospital/Warren Hospital Program
St Mary Mercy Hospital Program
St Peter Hospital (Chehalis) Program
St Peter Hospital (Olympia) Program
St Peter Hospital Program
St Vincent's East Program

EX. 10

St Vincent's Medical Center Program
Stamford Hospital/Columbia University College of Physicians and Surgeons Program
Stony Brook Medicine/Southampton Hospital Program
Summa Health System/NEOMED Program
Sunrise Health GME Consortium Program
Swedish Medical Center Rural Program
Swedish Medical Center/Cherry Hill Program
Swedish Medical Center/First Hill Program
Tallahassee Memorial Healthcare Family Medicine Program
Texas Tech University Health Sciences Center-PLFSOM Program
The Medical Center (Columbus) Program
Tidelands Health Program
Tower Health/Reading Hospital Program
U P Health System-Marquette Program
Union Hospital Program
United Hospital Center Program
Univ of North Dakota School of Medicine and Health Sciences Program
Univ of North Dakota School of Medicine and Health Sciences Rural Program
University at Buffalo Program
University at Buffalo Rural Program
University of Alabama Medical Center (Huntsville) Program
University of Alabama Medical Center (Selma Dallas County) Program
University of Arizona College of Medicine-Tucson Program
University of Arkansas for Medical Sciences Regional Centers (Magnolia) Rural Program
University of Arkansas for Medical Sciences Regional Centers (Northeast) Program
University of Arkansas for Medical Sciences Regional Centers (Northwest) Program
University of Arkansas for Medical Sciences Regional Centers (South Central) Program
University of Arkansas for Medical Sciences Regional Centers (Southwest) Program
University of Arkansas for Medical Sciences Regional Centers (West) Program
University of California Riverside School of Medicine Program
University of Central Florida/HCA GME Consortium (Gainesville) Program
University of Central Florida/HCA GME Consortium (Ocala) Program
University of Florida Program
University of Illinois College of Medicine at Peoria Program
University of Illinois College of Medicine at Rockford Program
University of Kentucky College of Medicine (Hazard) Program
University of Kentucky College of Medicine Program
University of Louisville School of Medicine (Glasgow) Program
University of Louisville School of Medicine Program
University of Maryland Program
University of Massachusetts (Fitchburg) Program
University of Massachusetts Program
University of Minnesota/North Memorial Hospital Program
University of Mississippi Medical Center Program
University of Missouri-Columbia Program
University of Nevada Las Vegas (UNLV) School of Medicine Rural Program
University of Nevada Reno School of Medicine Program
University of New Mexico School of Medicine Program
University of North Dakota (Bismarck) Program

**EX. 10**

University of North Dakota (Minot) Program
University of North Dakota School of Medicine and Health Sciences (Hettinger) Program
University of South Alabama Program
University of Tennessee (Jackson) Program
University of Tennessee/Saint Francis Program
University of Texas Health Science Center at Tyler Program
University of Texas Health Science Center at Tyler Rural Program
University of Texas Rio Grande Valley (Knapp) Program
University of Texas Southwestern Medical Center Program
University of Toledo Program
University of Vermont Health Network-Champlain Valley Physicians Hospital Program
University of Washington School of Medicine Rural Program
University of Wyoming (Casper) Program
University of Wyoming (Cheyenne) Program
University of Wyoming College of Health Sciences Program
UPMC Medical Education (Altoona Hospital) Program
UPMC Medical Education (McKeesport Hospital) Program
UPMC Medical Education (Presbyterian Shadyside Hospital) Program
UPMC Medical Education (St Margaret Hospital) Program
Valley Consortium for Medical Education Family Medicine Program
Valley Medical Center Program
Washington Health System Program
WellStar Atlanta Medical Center Program
WellStar Kennestone Regional Medical Center Program
West Kendall Baptist Hospital/Florida International University Program
West Virginia University Program
West Virginia University Rural Program
Western Michigan University Homer Stryker MD School of Medicine (Kalamazoo) Program
Wright Center for Graduate Medical Education (Kingston) Program
Wright Center For Graduate Medical Education (Scranton) Program
York Hospital Program
Yuma Regional Medical Center Program


Pediatric Programs
Ascension St John Hospital Program
Brooklyn Hospital Center Program
Broward Health Program
Cooper Medical School of Rowan University/Cooper University Hospital Program
Crozer-Chester Medical Center Program
HCA Healthcare: East Florida Division GME: Palms West Hospital Program
Kaiser Permanente Southern California (Los Angeles) Program
Louisiana State University (Shreveport) Program
Medical Center of Central Georgia/Mercer University School of Medicine Program
Memorial Health-University Medical Center/Mercer University School of Medicine (Savannah) Program
Mercy St Vincent Medical Center Program
Nemours Children's Hospital Program
Richmond University Medical Center Program

**EX. 10**

Saint Peter's University Hospital Program
St Joseph's University Medical Center Program
Texas Tech University (Amarillo) Program
Texas Tech University Health Sciences Center-PLFSOM Program
University of Florida (Pensacola) Program
University of Florida College of Medicine Jacksonville Program
University of Texas Southwestern Medical Center Program
University of Toledo Program

Internal Medicine Programs
HCA Healthcare/USF Morsani College of Medicine GME: Citrus Memorial Hospital Program
HCA Healthcare/USF Morsani College of Medicine GME: Oak Hill Hospital Program
Nassau University Medical Center Program
University of Texas RGV (DHR) Program


Transitional Year
University of Central Florida/HCA GME Consortium (Ocala) Program


SOAP Application

Pediatric

Ascension St John Hospital Program
Kaiser Permanente Southern California
Memorial Health-University Medical Center/Mercer University School of Medicine
Palm Beach Consortium for Graduate Medical Education Program
University of Florida (Pensacola) Program
Nemours Children's Hospital Program



Family Medicine

Baptist Outreach Services (Montgomery) Program
HCA Healthcare/USF Morsani College of Medicine GME: Oak Hill Hospital Program
HCA Healthcare/USF Morsani College of Medicine GME: St. Petersburg General
Orange Park Medical Center Program
Palm Beach Consortium for Graduate Medical Education Program
University of Central Florida/HCA GME Consortium (Ocala) Program
Floyd Medical Center Program
Memorial Health-University Medical Center/Mercer University School of Medicine (Savannah) Program

South Georgia Medical Education and Research Consortium Program
Southern Illinois University (Carbondale) Program
Franciscan Health Olympia Fields Program
University of Kentucky College of Medicine (Hazard) Program
MidMichigan Medical Center-Midland Program
St Mary Mercy Hospital Program
Mississippi Medical Education and Research Consortium Program
Montana Family Medicine Residency Program
University of Nevada Las Vegas (UNLV) School of Medicine Rural Program

**EX. 10**

Hoboken University Medical Center Program
University of North Dakota School of Medicine and Health Sciences (Hettinger) Program
Campbell University Program
Mercy Health-St Rita's Medical Center Program
University of Toledo Program
Allegheny Health Network Medical Education Consortium (SVH) Program
Conemaugh Memorial Medical Center Program
Geisinger Health System Program

**Penn State Milton S Hershey Medical Center/State College Program**
**Penn Highlands DuBois Program**

**Grand Strand Regional Medical Center Program**
**Center for Family Medicine (Pierre) Program**
University of Texas Southwestern Medical Center Program
**HCA Medical City Arlington Program**
HCA Gulf Coast Education Consortium Program
**LewisGale Medical Center Program**
United Hospital Center Program

**EX. 10**