**UNOFFICIAL COPY**



# St. George's University

STEPHEN WEITZMAN, MD
Dean, School of Medicine

## Medical Student Performance Evaluation
### for

### DEMETRIOS VORGIAS, MD, MA
Student's Legal Name

### April 10, 2017
Date

### Identifying Information
*Demetrios Vorgias, MD is a graduate of St. George's University School of Medicine in Grenada, West Indies.*

### Unique Characteristics
*Dr. Vorgias is a 2000 graduate of University of California (UCB), Berkeley, CA, where he earned a Bachelor of Arts in Molecular and Cell Biology with a minor in English (93-00). In 2005, Demetrios matriculated into Boston University School of Medicine (BUSOM), Boston, MA, where he earned a Master of Arts with Honors in Medical Science in 2009. Highlights of his research while at BUSOM includes his Honors research thesis and poster presentation titled 'In Vivo Treatment of Colon Cancer with (gemini) Vitamin D Analogs as Potential Colon Cancer Chemotherapeutic Agents', which earned honorary mention on Evans Research Day (09). He additionally made contributions to research pertaining to 'Serum BDNF Alters Risk of Stroke and MRI Vascular Brain Injury; The Framingham Study', published in Neurology (12), and 'Serum Brain–Derived Neurotrophic Factor and Vascular Endothelial Growth Factor Levels Are Associated With Risk of Stroke and Vascular Brain Injury: The Framingham Study', published in Stroke (13), and 'Serum Brain-Derived Neurotrophic Factor and the Risk for Dementia: The Framingham Heart Study', published in JAMA Neurology (14). His earlier studies at BUSOM resulted in poster presentations titled 'Comparing Calcium levels in Sprague-Dawley rats when dosed with 3 doses of vitamin D and a vitamin D analog', and 'Comparing the Anti-tumor qualities of 2 Vitamin D analogs and Vitamin D at 3 different doses in Balb/C mice' (08-09). While completing his studies, he worked as a BUSOM Medical Histology Tutor and Teaching Assistant (06-09), and as a Group Home Counselor at the Villa Rosanne Group Home in San Jose, CA, where he worked with at-risk youth and wards of the state. This included tutoring, crisis management, conflict resolution, mentoring, and teaching (00-05). He also served as a volunteer member of BUSOM's Outreach Van Project (06-08).*

*During medical school, Dr. Vorgias was a member of the Emergency Medicine Club, which helps students learn more about EM and contributes to the improvement of healthcare in Grenada through*

University Centre, Grenada, West Indies

NORTH AMERICAN CORRESPONDENT: c/o University Support Services, LLC, 3500 Sunrise Highway, Building 300, Great River, NY 11739
Phone: 631-665-8500, Ext. 1279 ♦ Fax: 631-665-3627

**EX. 11**

**UNOFFICIAL COPY**

*fundraisers and outreach programs (11-13), and participated in the Journal Club, in which members analyze recent medical research and present summaries to their peers (12-13). Demetrios additionally was active on SGU's Intramural Rugby and Football Teams (11-13), and was a member of the Greek Student Association (11-13). He additionally organized and managed the Journal Club bake sale fundraiser to benefit the Orphange Student Association (11). In addition to English, he is fluent in Greek. Outside of medicine, Demetrios enjoys travel, hiking, gardening, weightlifting, hiking, cooking, learning Spanish, investing/finance, reading Sci-fi and fiction and movies.*

<u>Academic History</u>

Medical School Graduation Date:                                       <u>June 10, 2016</u>

Medical School Matriculation Date:                                   <u>January 17, 2011</u>

Please explain any extensions, leaves of absence,
or breaks in the student's medical education program.
*Demetrios was required to repeat one of his classes (details below), necessitating extra time to complete his basic sciences requirements. He took a leave of absence from 3/2/15 to 5/22/15 to attend to family matters that required his attention after the death of his fiancee's father. His own father then suddenly passed away on June 12, 2015, while he was completing his EM rotation, he was permitted to return home for a week to assist his family and then returned to complete the rotation. Thus his medical school studies extend beyond the standard period.*

Did the student withdraw, repeat, or remediate
any coursework during their medical education?                    ☑Yes–Please explain:
*Demetrios withdrew from 1st term Human Gross and Developmental Anatomy, but retook it the following term earning a grade of B. He failed 2nd term Medical Genetics and Genomics, but took a makeup exam, earning a final grade of B- for the course.*

<u>Academic Progress</u>

BASIC SCIENCES CURRICULUM:
*Dr. Vorgias completed basic sciences with a grade of B-, placing him in the 3rd academic quartile of his class for that period.*

CURRENT ACADEMIC PERFORMANCE:
*Dr. Vorgias completed medical school with a final grade of B+.*

CLINICAL ROTATIONS:
*Dr. Vorgias began the clinical program in September 2013, and is required to complete core clerkships in Medicine, Surgery, Ob/Gyn, Pediatrics, and Psychiatry at our affiliated hospitals. Additional requirements include a 4-week Medicine Sub-Internship, 4-week Medicine and Pediatrics electives, and a 4-week Family Medicine or Primary Care elective, as well as 22 weeks of general electives. Narrative comments from instructors are included below.*

**EX. 11**

**UNOFFICIAL COPY**

### Core Clerkship
Psychiatry          | 9/16/13 – 10/25/13   | A   | 6 weeks   | Spring Grove Hospital Center, MD
"Dr. Vorgias was an excellent student. Intelligent, hardworking, reliable, involved and affable. He developed effective therapeutic relationships with patients with a variety of illnesses and from a variety of backgrounds. Dr Vorgias showed excellent development in his knowledge of Psychiatry and in his clinical skills. He earned the respect of our interdisciplinary team."

### Elective
Family Medicine     | 11/4/13 – 12/13/13   | P   | 6 weeks   | JFK Medical Center, NJ
"Inquisitive, pleasant and hardworking." Continue reading."

### Core Clerkship
Medicine            | 1/6/14 – 3/28/14     | A   | 12 weeks  | St. Peter's Univ. Hospital, NJ
"Always compassionate and caring of his patients. Always striving to learn. Tremendous team player." [Demetrious received an A+ in Professional Behavior, and an A in Medical Knowledge, Clinical Skills, and the Oral Exam and a B on the NBME Exam.]

### Core Clerkship
Ob/Gyn              | 3/31/14 – 5/9/14     | B   | 6 weeks   | St. Peter's Univ. Hospital, NJ
"Demetrios asks a lot of questions and seems interested. Positive attitude, thorough write ups. Helpful to the team and follows up tasks that are assigned to him."

### Core Clerkship
Pediatrics          | 5/12/14 – 6/20/14    | A   | 6 weeks   | St. Peter's Univ. Hospital, NJ
"Demetrios is an enthusiastic and outgoing student. He showed a strong interest in learning Pediatrics. He was proactive in patient care settings and was helpful to patients and staff. Did a nice job of identifying a VSD on a neonate in the nursery. Always very interactive in teaching rounds."

### Core Clerkship
Surgery             | 6/30/14 – 9/19/14    | A   | 12 weeks  | St. Peter's Univ. Hospital, NJ
"Highly motivated during his tenure here at SPUH.  Was well liked, enthusiastic and always available." [Demetrios received excellent grades in all components: Medical Knowledge, Clinical Skills, Professional Behavior, Oral Exam, and on the NBME.]

### Elective
Pediatrics/Emergency   10/6/14 – 10/31/14    P    4 weeks    St. Joseph's Regional Med. Ctr. , NJ
Medicine
"Did a nice job improving H and P oral presentation skills, motivated and worked hard. Needs a little help with organization and fund of knowledge." "Continue to read."

**EX. 11**

**UNOFFICIAL COPY**

**Elective**

| Pediatrics/Adolescent Medicine | 11/30/15 – 12/25/15 | P | 4 weeks | St. Joseph's Regional Med. Ctr. , NJ |

"Demetrious worked very closely with me as attending and one of our Pediatric residents." [Demetrious received a Pass in all components: Medical Knowledge, Clinical Skills, and Professional Behavior.]

**Elective**

| Medicine | 1/5/15 – 1/30/15 | P | 4 weeks | Brooklyn Hospital Center, NY |

"Demetrios performed excellently. He took detailed histories, conducted focused physical exams. Presentations were well organized and emphasized the pertinent aspects related to GI. He was always professional and showed compassion towards patients. He will make an excellent resident physician."

**Sub-Internship**

| Medicine | 2/2/15 – 2/27/15 | P | 4 weeks | Brooklyn Hospital Center, NY |

"He was very enthusiastic on rounds. He tried to always add to our discussions of cases."

**Elective**

| Medicine/Emergency Medicine | 5/25/15 – 6/19/15 | P | 4 weeks | St. Joseph's Regional Med. Ctr. , NJ |

"Hard working and eager to see patients. He is enthusiastic during his shifts. He showed a willingness to learn and showed steady improvement throughout his rotation."

**Elective**

| Emergency Medicine | 7/6/15 – 7/31/15 | P | 4 weeks | Newark Beth Israel Medical Ctr, NJ |

""Pass." "Good medical student. Very patient and willing to go the extra mile. Helpful, great attitude." "Keep reading."

**Elective**

| Pediatrics | 9/7/15 – 10/2/15 | P | 4 weeks | Miami Children's Hospital, FL |

"Demetrios demonstrated a strong interest in Pediatrics and patient care. He was always willing to help out the team with any type of task and took good care of his patients. Demetrious took good histories and would follow up on plan of care. He interacted well with many consultants and asked pertinent questions during rounds. He would make a fine pediatrician!"

**EX. 11**

**UNOFFICIAL COPY**

**Elective**

| | | | | |
|---|---|---|---|---|
| Pediatrics/Adolescent Medicine | 11/30/15 – 12/25/15 | P | 4 weeks | St. Joseph's Regional Med. Ctr. , NJ |

[Demetrios received a Pass in all components: Medical Knowledge, Clinical Skills, and Professional Behavior.]

**Elective**

| | | | | |
|---|---|---|---|---|
| Neurology | 2/1/16 – 2/26/16 | P | 4 weeks | JFK Medical Center, NJ |

"Very pleasant to work with. Always interested in learning. Will do great in residency." [FINAL ROTATION]

## Summary

*Dr. Vorgias has performed very well during medical school. He earned a score of 211 on USMLE Step 1, a Pass on Step 2-CS, and has performed very well in clinical rotations, earning four A's and one B in his core clerkships.*

*In addition to indicating academic quartile, SGU determines an Endorsement Level (EL) for all students based on a detailed overview of their professional behavior as well as their academic performance. Given that professional behavior cannot be calculated by the same mathematical standard by which grades are measured, the EL may vary higher or lower than academic quartile.*

*In light of Dr. Vorgias's professional conduct and academic performance, St. George's University considers him a very strong candidate for a position with your institution.*

**UNOFFICIAL COPY**

| | |
|---|---|
| _____ | Dean, School of Medicine |
| Signature of School Official | Title |
| | |
| Stephen Weitzman, MD | OfficeoftheDeanSGUSOM@sgu.edu |
| Name of School Official | E-mail address |

**EX. 11**

**UNOFFICIAL COPY**

### Appendix A: SGUSOM Endorsement Level Distribution: 2015 Graduates[1]



1)   Endorsement Levels are not yet finalized for anticipated 2016 graduates so this distribution reflects performance of the most recent graduating class.

### Appendix B: SGUSOM Core Clerkship Grade Distribution: 2016 Graduates (circa Aug 2015)[1]

|            | A+  | A   | A-  | B+  | B    | B-  | C+    | C     | C-  | F   |
|------------|-----|-----|-----|-----|------|-----|-------|-------|-----|-----|
| Medicine   | 22% | 59% | 8%  | 2%  | 9%   | ~   | ~     | < 1%  | ~   | ~   |
| Ob/Gyn     | 13% | 60% | 7%  | 4%  | 15%  | 1%  | < 1%  | < 1%  | ~   | ~   |
| Pediatrics | 22% | 62% | 4%  | 3%  | 9%   | 1%  | ~     | ~     | ~   | ~   |
| Psychiatry | 35% | 56% | 2%  | 2%  | 5%   | ~   | ~     | ~     | ~   | ~   |
| Surgery    | 16% | 56% | 9%  | 6%  | 13%  | ~   | ~     | < 1%  | ~   | ~   |

1)   Not all core clerkship grades are available for anticipated 2016 graduates so this distribution reflects approximate performance based on current data circa August 2015. Further, this data is comprised of an average the two matriculating classes of each graduating year (Jan and Aug).

### Appendix C: SGUSOM Basic Sciences Grade Distribution: 2016 Graduates - MWPG[1]



1)   Mean Weighted Percentage Grade. This data is comprised of an average of the two matriculating classes of each graduating year (Jan and Aug).

**EX. 11**

**UNOFFICIAL COPY**

## Appendix D: Medical School Information
### St. George's University School of Medicine
Medical School Name

### Grenada, West Indies
Location

**Special programmatic emphases, strengths, mission/goal(s) of the medical school:**
Founded as an independent School of Medicine, St. George's University has provided high-quality medical education for over thirty years. Since its inception, SGUSOM has developed into an outstanding international educational institution. Its community includes thousands of graduates, students, and teachers from more than 130 nations. Our medical school consists of three programs providing a wide range of educational opportunities: 1) Medicine, 2) Master of Public Health, 3) Master of Science (Research). A bachelor's degree with requisite sciences is required for entry into the four-year medical program. SGUSOM is part of a large university containing schools of Veterinary Medicine, Graduate Studies, and Arts and Sciences, immersing our students in a multifaceted educational environment. Medical education at SGUSOM begins with two years of basic sciences in Grenada. Alternately, students can enroll in the Keith B. Taylor Global Scholars Program, which offers the first two terms of basic sciences on the campus of Northumbria University in the UK. Two years of clinical training are then completed at affiliated teaching hospitals with ACGME or other approved postgraduate training programs in the US and/or in the UK. Every 2 credits of core clerkship rotations equals 40 hours. Each individual credit of elective rotations equals 40 hours. Students are required to complete 80 weeks of rotations for a total of 3200 clinical hours. SGUSOM students and graduates perform competitively on standardized exams. The success of our graduates in postgraduate education and in their subsequent chosen fields has established St. George's University School of Medicine as a leader in international medical education.

**Special characteristics of the medical school's educational program:**
SGUSOM offers training in basic and clinical sciences and follows a curriculum similar to that of many US medical schools. We are listed in the FAIMER International Medical Education Directory (IMED) which confirms that all basic science classes and associated coursework are taught exclusively in English. Students complete clinical training requirements in US or UK hospitals where English is also the primary language. In addition to required basic sciences coursework, we have a number of optional selective courses providing exposure to medicine and culture in Europe, Central America, Asia, Africa, India, and the Caribbean. Other selectives enable students to focus on particular areas of medicine, explore alternative medicine, or obtain skills in medical Spanish or American Sign Language. We have two honor societies: the Gold Humanism Honor Society, which focuses on community service activities and professional behavior, and Iota Epsilon Alpha, which is primarily focused on academic achievement with community service requirements. Our close ties to the people of Grenada provides our students the opportunity to become a part of the global community and substantively improve living conditions for Grenadians through community health fairs, volunteer opportunities at local orphanages, and other such activities. We have a very active student government, and cultural associations representing a wide array of cultures, religions, and interests.

**Average length of enrollment (matriculation to graduation) at the medical school:**
The enrollment period varies based on whether students matriculate in January or August. The general range is 4 - 4.5 years.

**Description of the evaluation system used at the medical school:**
SGU uses an A, B, C, F grading system for basic sciences courses and core clerkships. Beginning with the 2015 graduating class, +/- modifiers have been added to both the basic sciences and clinical program. Students receive an Honors (A+) designation for core clerkships if they earn A's in the Medical Knowledge, Clinical Skills, Professional Behavior, and Oral Exam components of the rotation and an A+ on the NBME Clinical Subject Exam. A is for students who proficiently develop all required clerkship competencies and who's overall performance is good. B is for students who adequately develop required competencies and whose overall performance is acceptable. C is for students who barely meet minimum requirements. This grade is a 'warning' grade and identifies a student who is struggling in medical school and may need remedial work or counseling. F is for students whose continuation in medical school is at risk. An F in any component of the assessment precludes a student from receiving credit for the rotation until remediation is successfully completed. NBME Clinical Subject Exams are mandatory for all students regardless of their training site. Electives and Sub-Internships are graded Pass/Fail.

**EX. 11**

## UNOFFICIAL COPY

**Medical school requirements for successful completion of USMLE Step 1, 2:**

USMLE Step 1:
- ☐ Required for promotion
- ☐ Required for graduation
- ☑ Required to train in the United States
- ☐ Required, but not for promotion/graduation
- ☐ Not required

USMLE Step 2-CK:
- ☐ Required for promotion
- ☑ Required for graduation[1]
- ☐ Required to train in the United States
- ☐ Required, but not for promotion/graduation
- ☐ Not required

1)  *Students must pass either Step 2-CK or the NBME Clinical Comprehensive Exam to graduate.*

**Medical school requirements for successful completion of Objective/Observed Structured Clinical Evaluation (OSCE) at medical school. OSCE's are used for:**
- ☐ Completion of course
- ☐ Completion of clerkship
- ☐ Completion of third year
- ☑ Graduation[2]
- ☐ Other: _____

2)  *If Step CS was not taken or was not passed*

**Utilization of the course, clerkship, or sub-internship/elective director's narrative comments in composition of MSPE. The narrative comments contained in the attached MSPE can best be described as (check one):**
- ☐ Reported exactly as written
- ☐ Edited for length or grammar, but not for content
- ☑ Edited for content or included selectively

**Utilization by the medical school of the AAMC's 'Guidelines for Medical Schools Regarding Academic Transcripts.' This medical school is:**
- ☐ Completely in compliance with Guidelines' recommendations
- ☑ Partially in compliance with Guidelines' recommendations
- ☐ Not in compliance with Guidelines' recommendations

**Description of the process by which the MSPE is composed at the medical school (including number of school personnel involved in composition of the MSPE):**
St. George's University SOM has thoroughly reviewed the AAMC's 'Guide to Preparation of the Medical Student Performance Evaluation'. The purpose of our MSPE is to serve as an assessment of our students' academic performance and professional attributes while closely adhering to the AAMC's MSPE guidelines. Our MSPE contains six sections: Identifying Information, Unique Characteristics, Academic History, Academic Progress, Summary, and four Appendices: A) Endorsement Level Distribution, B) Core Clerkship Grade Distribution, C) Basic Sciences Grade Distribution, and D) Medical School Information. Under the instruction, guidance, and approval of Dr. Stephen Weitzman, Dean of the School of Medicine, the MSPE team updates each student's MSPE throughout their third and fourth years of medical school. Information for the MSPE is drawn from SGU records, composite and supplemental evaluations submitted by the hospitals where our students complete rotations, student-provided resumes, and other information. We allow students to review their MSPE prior to submission to correct any factual errors but students are not permitted to revise evaluative statements. All students are assessed with an Endorsement Level (EL) based on overall professional conduct as well as academic performance. The EL is predominantly determined by the narrative comments students receive during their rotations but is also informed by their interactions with SGU faculty and staff as well as their professional behavior during basic sciences. In light of this, the EL does not always correlate with academic quartile, i.e. an A+ student with professional behavior issues will not receive the highest EL. Conversely, a B student with excellent narratives could receive a higher EL than their academic performance indicates. EL's are subject to change until graduation based on additional information (e.g. professional conduct issues, changed grades, etc.).

## EX. 11



## St. George's University
### U N O F F I C I A L

**Page:**    1

**Record of:** Demetrios Vorgias

**Current Name:** Demetrios Vorgias

**Issued To:** student copy

**Date Issued:** 23-MAR-2017

**Date of Birth:** 07-MAR

**Student ID:** A00613578

**Level:** Doctor of Medicine

---

Course Level: Doctor of Medicine
Student Type: Graduate
  Only Admit: January 2011 Session
Matriculated: January 2011 Session

Current Program
Doctor of Medicine
      College : School of Medicine
      Major : Medicine

Degree Requirements Completed 26-FEB-2016
Degree Awarded Doctor of Medicine 10-JUN-2016
Primary Degree
      College : School of Medicine
      Major : Medicine

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|--------------|------|-----|-----|---|
| | | **INSTITUTION CREDIT:** | | | | |
| | | **January 2011 Session** | | | | |
| | | **New First Time** | | | | |
| ANAT | 531 | Histology & Cell Biology | 4.00 | B+ | 348.00 | |
| ANAT | 550 | Human Gross and Devel Anatomy | 8.00 | W | 0.00 | |
| BCHM | 550 | Medical Biochemistry | 5.00 | C | 375.00 | |
| BIOF | 501 | Bioethics and the Professional | 1.00 | A | 93.00 | |
| | | Term Ehrs: 10.00 GPA-Hrs: 10.00 QPts: 816.00 Grade:B- | | | | |
| | | Cuml Ehrs: 10.00 GPA-Hrs: 10.00 QPts: 816.00 Grade:B- | | | | |
| | | **August 2011 Session** | | | | |
| | | **Continuing** | | | | |
| ANAT | 550 | Human Gross and Devel Anatomy | 8.00 | B | 667.04 | |
| | | Term Ehrs: 8.00 GPA-Hrs: 8.00 QPts: 667.04 Grade:B | | | | |
| | | Cuml Ehrs: 18.00 GPA-Hrs: 18.00 QPts: 1483.04 Grade:B- | | | | |
| | | **January 2012 Session** | | | | |
| | | **Continuing** | | | | |
| BCHM | 590 | Medical Genetics & Genomics | 2.00 | F | 133.34 | |
| MICR | 580 | Medical Immunology | 2.00 | C+ | 154.28 | |
| MICR | 660 | Medical Parasitology | 1.00 | A+ | 97.22 | |
| PHY | 510 | Neuroscience | 5.00 | C+ | 392.25 | |
| PHY | 560 | Physiology | 6.00 | B- | 480.00 | |
| PUBH | 501 | Topics in Comm and Prev Med | 1.00 | A- | 90.00 | |
| BCHM | 590 | Medical Genetics & Genomics | 2.00 | B- | 163.34 | |
| | | **Make-up Exam** | | | | |

****************** CONTINUED ON NEXT COLUMN *****************

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|--------------|------|-----|-----|---|
| | | Institution Information continued: | | | | |
| | | Term Ehrs: 17.00 GPA-Hrs: 19.00 QPts: 1510.43 Grade:B- | | | | |
| | | Cuml Ehrs: 35.00 GPA-Hrs: 37.00 QPts: 2993.47 Grade:B- | | | | |
| | | **August 2012 Session** | | | | |
| | | **Continuing** | | | | |
| BEHS | 640 | Behavioral Sci and Medicine | 6.00 | B- | 490.02 | |
| CLSK | 653 | Communication & Phy Diagnosis | 3.00 | C | 222.93 | |
| MICR | 570 | Medical Microbiology | 5.00 | C | 367.60 | |
| PATH | 640 | Pathology | 13.00 | C- | 936.70 | |
| PATH | 693 | Medical Nutrition | 1.00 | A+ | 98.00 | |
| | | Term Ehrs: 28.00 GPA-Hrs: 28.00 QPts: 2115.33 Grade:C | | | | |
| | | Cuml Ehrs: 63.00 GPA-Hrs: 65.00 QPts: 5108.80 Grade:C+ | | | | |
| | | **January 2013 Session** | | | | |
| | | **Continuing** | | | | |
| CLSK | 655 | Intro to Clinical Medicine | 3.00 | B | 259.20 | |
| PATH | 674 | Pathophysiology | 12.00 | B- | 967.56 | |
| PATH | 676 | Basic Sci Found/Clin Reasoning | 2.00 | B | 171.24 | |
| PHAR | 601 | Pharmacology | 6.00 | B | 490.98 | |
| | | Term Ehrs: 23.00 GPA-Hrs: 23.00 QPts: 1897.98 Grade:B | | | | |
| | | Cuml Ehrs: 86.00 GPA-Hrs: 88.00 QPts: 7006.78 Grade:B- | | | | |
| | | **2013-2014 Clinical Session** | | | | |
| | | **Continuing** | | | | |
| PSY | 795 | Psychiatry - Core | 12.00 | A | 1152.00 | |
| FMED | 700 | Family Medicine - Elective | 6.00 | P | 0.00 | |
| MEDI | 795 | Medicine - Core | 24.00 | A | 2304.00 | |
| OBG | 795 | Ob/Gyn - Core | 12.00 | B | 1032.00 | |
| PED | 795 | Pediatrics - Core | 12.00 | A | 1152.00 | |
| SURG | 795 | Surgery - Core | 24.00 | A | 2304.00 | |
| | | Term Ehrs: 90.00 GPA-Hrs: 84.00 QPts: 7944.00 Grade:A | | | | |
| | | Cuml Ehrs: 176.00 GPA-Hrs: 172.00 QPts:14950.78 Grade:B+ | | | | |
| | | **2014-2015 Clinical Session** | | | | |

****************** CONTINUED ON PAGE 2 *****************

STUDENT COPY

Scanned with CamScanner



# St. George's University
### U N O F F I C I A L

**Page:    2**

**Record of:** Demetrios Vorgias

**Date Issued:** 23-MAR-2017
**Date of Birth:** 07-MAR
**Student ID:** A00613578
**Level:** Doctor of Medicine

| SUBJ NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|
| Comments Continued: | | | | | |
| Leave of Absence 03/02/2015 - 05/22/2015 | | | | | |
| Continuing | | | | | |
| PED 703 | Peds/Peds Emergency Med | 4.00 | P | 0.00 | |
| GAST 700 | Gastroenterology | 4.00 | P | 0.00 | |
| MEDI 785 | Medicine Sub I | 4.00 | P | 0.00 | |
| MEDI 754 | Med/Emergency Medicine | 4.00 | P | 0.00 | |

Term Ehrs: 16.00 GPA-Hrs: 0.00 QPts: 0.00 Grade:
Cuml Ehrs: 192.00 GPA-Hrs: 172.00 QPts:14950.78 Grade:B+

**2015-2016 Clinical Session**
Graduate

| | | | | | |
|---|---|---|---|---|---|
| EMED 700 | Emergency Medicine | 4.00 | P | 0.00 | |
| PED 785 | Pediatrics Sub I | 4.00 | P | 0.00 | |
| PED 701 | Peds/Adolescent Medicine | 4.00 | P | 0.00 | |
| NROL 700 | Neurology | 4.00 | P | 0.00 | |

Term Ehrs: 16.00 GPA-Hrs: 0.00 QPts: 0.00 Grade:
Cuml Ehrs: 208.00 GPA-Hrs: 172.00 QPts:14950.78 Grade:B+

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* TRANSCRIPT TOTALS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| TOTAL INSTITUTION | 208.00 | 172.00 | 14950.78 | B+ |
| TOTAL TRANSFER | 0.00 | 0.00 | 0.00 | |
| OVERALL | 208.00 | 172.00 | 14950.78 | B+ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* END OF TRANSCRIPT \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STUDENT COPY

**EX. 11**

Scanned with CamScanner

Official Academic Transcript from:
UNIVERSITY OF CALIFORNIA, BERKELEY
OFFICE OF THE REGISTRAR
127 SPROUL HALL
BERKELEY, CA 94720-5404

TELEPHONE: 510-643-7720



**Official Academic Transcript of:**
DEMETRIOS VORGIAS
Transcript Created: 16-Sep-2021

Document Type: THIRD-PARTY SECURE PDF

**Intended Recipient:**
DEMETRIOS VORGIAS
3603 BRIDGEWOOD DRIVE
JACKSONVILLE, FL 32277-8904

E-Mail: dvorgias@gmail.com

**Requested** by:
DEMETRIOS VORGIAS
3603 BRIDGEWOOD DRIVE
JACKSONVILLE, FL 32277-8904

E-Mail: dvorgias@gmail.com

**Delivered** by:
Parchment, LLC
Under Contract To:
UNIVERSITY OF CALIFORNIA, BERKELEY
Order Number: 1JR729299- 1
Telephone: (847) 716-3005

**Statement of Authenticity**
This Official Academic Transcript in Portable Document Format (PDF) was requested by the individual identified above in compliance with the
provisions of the Family Educational Rights and Privacy Act of 1974 as Amended and in conformance with the prescribed ordering procedures
of University of California, Berkeley who has contracted with Parchment, LLC of Scottsdale, AZ for electronic delivery of Official Academic
Transcripts in PDF form. You may verify the authenticity of our relationship with University of California, Berkeley by visiting their
website at http://registrar.berkeley.edu/Records/transcripts.html.

**Colleges and Universities**
If you are an accredited post-secondary academic institution, please be advised that you are receiving this transcript as a "Third-Party"
receiver. Since you are not registered to our Parchment Receive service, additional security provisions have been added to this document to
prevent content copying or alteration. You also are not permitted to print the document without watermark protections or add notations to
the document when saving to your student information system. Should you wish to receive future documents through our electronic networks
without these additional security features, please register your institution at https://info.parchment.com/compare_receive.html.

**Privacy and Other Information**
This Official Academic Transcript is for delivery to the above-named "Intended Recipient". If you are not the "Intended Recipient", please
notify the Office of the Registrar at University of California, Berkeley. You are not permitted to copy or alter this document. You may
not forward this document or disclose its contents to any person or organization other than the "Intended Recipient" without the express
written permission of the student. If this document is copied or printed, the words "PRINTED COPY" will appear in the replicated transcript
image.

In the interest of security and privacy, we delete this Official Academic Transcript from our server 48 hours after it is initially
downloaded excluding weekends and holidays. If a replacement is subsequently needed, the requesting party must order another transcript
from University of California, Berkeley. If you have any questions about this document please contact Parchment Customer Service at (847)
716-3005. Our operators are available from 7:00 am to 7:00 pm Monday through Friday (Central Time).

**EX. 11**

12157240        30035-782 U        VORGIAS,DEMETRIOS        L & S    *NO&CEL BIO-P II,EM 2   1

RESIDENT            NOT AVAILABLE            03-07-75        ***-**-3939   MC   10-25-16

AUG 1993            REGULAR

- SECONDARY SCHOOL  -   DATE GRADUATED -
BELLARMINE COLLEGE PREPAR JUNE 1993

-UNIVERSITY REQUIREMENTS-

08-93 SUBJECT A             -REQT SATISFIED
08-93 AMERICAN HISTORY      -REQT SATISFIED
08-93 AMERICAN INSTITUTION-REQT SATISFIED

- BERKELEY CAMPUS REQUIREMENTS -
12-97 AMERICAN CULTURES     -REQT SATISFIED

- DEGREES -
540  BACHELOR OF ARTS MAY 20, 2000

```
811  ADV PLACEMENT EXAM-AM HIST,05-92
812  ADV PLACEMENT EXAM-BIOL,05-93
813  TOTAL                    10.6*

         FALL  SEMESTER 1993
814  GENERAL CHEMISTRY  CHEM      1A  4.0 C    8.0
815  MOD GREEK LANG COMP COMPLIT 112A 4.0 B+  13.2
816  CALCULUS           MATH      1A  4.0 F    0.0 RF
817  FRESHMAN SEMINARS  AEROSPC   24  1.0 B    3.0
                                 13.0*  24.2*
      0*ATTM       9.0*PS        24.2*GP  -1.8BAL

         SPRING  SEMESTER 1994
818  ENGL COMP WORLD LIT COM LIT  1A  4.0 B-  10.8
819  MOD GREEK LANG COMP COM LIT 112B 4.0 A-  14.8
820  CALCULUS           MATH      1A  4.0 C    8.0 G2
821  INTRO PHYSICS      PHYSICS   8A  4.0 F    0.0 RF
                                 12.0*  33.6*
      25.0*ATTM      21.0*PSSD    57.6*GP  7.8BAL

         SUMMER SESSION 1994
822  08-04-94 WITHDREW VIA PETITION 08-94

822A CREDIT ALLOWED FOR WORK AT
822B DE ANZA COL, 4 TRMS TO 06-96
822C UN 14.3
822D WEST VALLEY COL, 4 TRMS TO 06-96
822E UN 31.5
822F TOTAL               45.8*

823  08-26-96 READMITTED
```

```
         FALL  SEMESTER 1996
824  SHAKESPEARE       ENGLISH 117S 4.0 C-  6.8
825  AMERICAN NOVEL    ENGLISH 132  4.0 B+ 13.2
826  SEM HLTH MED ISSUES IDS    130  2.0 P       PF
827  INTRO PHYSICS     PHYSICS  8A  4.0 C   8.0 G2
                                 8.0*   28.0*
      33.0*ATTM    33.0*PSSD     85.8*GP 19.8BAL

         SPRING  SEMESTER 1997
828  AM LIT: 1900-45   ENGLISH 130D 4.0 B  12.0
829  INTRO PHYSICS     PHYSICS  8B  4.0 C-  6.8
830  ELEM SPANISH      SPANISH  1   5.0 C  10.0
                                 13.0*  28.8*
      46.0*ATTM    46.0*PSSD    114.6*GP 22.6BAL

         FALL  SEMESTER 1997
831  SURV BIOCHEM & MOBI MCELLBI 102  4.0 D   4.0
832  ANCIENT PHILOSOPHY PHILOS   25A  4.0 B+ 13.2
833  DIRECTED GROUP STDY PB HLTH 198  1.0 P       PF
833A LIT AMER CULTURES  ENGLISH 135AC 4.0 B  12.0
                                 12.0*  29.2*
      58.0*ATTM    58.0*PSSD    143.8*GP 27.8BAL

         SPRING  SEMESTER 1998
834  AMERICAN STUDIES   ENGLISH C136 4.0 B+ 13.2
835  PHYSIOLOGY OF AGING MCELLBI 135K 3.0 B+  9.9
836  DIRECTED GROUP STDY PB HLTH 198  2.0 P       PF
836A SUPERV INDEP STUDY  MCELLBI 199  4.0 P       PF
                                 7.0*   23.1*
      65.0*ATTM    65.0*PSSD    166.9*GP 36.9BAL
```



This transcript processed and delivered by Credentials' ⬡ TranscriptsNetwork

Walter Wong, University Registrar

**EX. 11**

```
12157240        30035-782 U        VORGIAS,DEMETRIOS            L & S    *MO&CEL BIO-P II,EM 2  *2

RESIDENT              NOT AVAILABLE                03-07-75        ***-**-3939   MC   10-25-16

AUG 1993          REGULAR
```

```
        FALL  SEMESTER  1998                          - MEMORANDA -
837  AM RENAISSANCE       ENGLISH  130B  4.0 C+   9.2      ** CONSULT L&S TO VERIFY COMPLETION OF COLLEGE
838  CELL BIOLOGY         MCELLBI  130   4.0 F    0.0 RF     REQUIREMENTS **
839  HUMAN DEVELOPMENT    MCELLBI  135E  3.0 B    9.0      950  08-25-97 FIELD OF STUDY CHANGED FROM
840  DIRECTED GROUP STDY PB HLTH   198   2.0 P       PF    951   L & S UNDECLARED.
                                    11.0*   18.2*          952   MINOR PROGRAM IN AMERICAN LITERATURE
     76.0*ATTM      72.0*PSSD    185.1*GP  33.1BAL         953   COMPLETED FALL SEMESTER 1998

        SPRING  SEMESTER  1999
841  SURV HUMAN PHYSIOL  INTEGBI  132   3.0 C+   6.9
842  CELL BIOLOGY        MCELLBI  130   4.0 C-   6.8 G2
843  CELL DEVEL BIO LAB  MCELLBI  130L  4.0 C+   9.2
844  MOLECULAR NEUROBIOL MCELLBI  165   3.0 B-   8.1
845  INTERNAT CONFLICT   PACS     151   3.0 C+   6.9
                                    13.0*   37.9*
     89.0*ATTM      89.0*PSSD    223.0*GP  45.0BAL            TOTAL PASS/NOT PASS  ATTM      11.0 PASSED    11.0

846  CREDIT ALLOWED FOR WORK AT                              OTHER TRANSFER CREDIT        62.4
847  MISSION COL, 1 TRM TO 05-00
848  UN 6.0                                                  SEMESTER CREDITS COMPLETED   162.4  UC GPA   2.506
     TOTAL                6.0*
```

PRINTED COPY    PRINTED COPY

PRINTED COPY    PRINTED COPY

PRINTED COPY    PRINTED COPY

PRINTED COPY    PRINTED COPY



This transcript processed and delivered by Credentials' TranscriptsNetwork



**EX. 11**

# TRANSCRIPT INFORMATION

Office of the Registrar
University of California
Berkeley, California 94720-5404

## History

The University of California was created by an Act of the State Legislature in 1868, and classes have been given at Berkeley since 1873.

## Units of Credit

Until September 1966, credits were recorded as semester units (hours). From September 1966 through summer 1983 credits were recorded as quarter units (hours). Beginning with the fall term, 1983, credits are recorded as semester units (hours). Quarter system requires 180 units for bachelor's degree. Semester system, 120.

## Advanced Standing

### Transfer Credit

Only credit that is accepted by the University is indicated on the transcripts of Berkeley students. Individual courses are not shown.

### CLEP-Advanced Placement Credit

Examinations and credits accepted are indicated on the transcript in the same manner as transfer credit.

## Course Numbering System

| | | |
|---|---|---|
| 1 - 99 | - | Lower division courses |
| 100 - 199 | - | Upper division courses |
| 200 - 299 | - | Graduate courses |
| 300 - 499 | - | Professional courses for teachers or prospective teachers |
| 600 - 602 | - | Special Study |

## Grades of Scholarship

### Grades

The work of all students on the Berkeley campus is reported in terms of the following grades:

| | | |
|---|---|---|
| A | - | Excellent |
| B | - | Good |
| C | - | Fair |
| D | - | Barely Passed |
| F | - | Failure |
| P | - | Passed at a minimum level of C- |
| NP | - | Not Passed |
| S | - | Satisfactory or passed at a minimum level of B- |
| U | - | Unsatisfactory |
| I | - | Work incomplete, due to circumstances beyond the students control, but of passing quality |
| IP | - | Work in progress; final grade to be assigned upon completion of entire course sequence |
| NR | - | Temporary administrative grade; not included in grade point computation |

The grades A, B, C, and D may be modified by plus (+) or minus (-) suffixes.

This Academic Transcript from The University of California, Berkeley located in Berkeley, CA is being provided to you by Credentials Inc. Under provisions of, and subject to, the Family Educational Rights and Privacy Act of 1974, Credentials Inc. of Northfield IL is acting on behalf of The University of California, Berkeley in facilitating the delivery of academic transcripts from The University of California, Berkeley to other colleges, universities and third parties using the Credentials TranscriptsNetwork.

This genuine transcript has been delivered electronically by Credentials Inc. in a Portable Document Format (PDF) file. Please be aware that this layout may be slightly different in look than COLLEGE NAME's printed/mailed copy, however it will contain the identical academic information. Depending on the school and your capabilities, we also can deliver this file as an XML document or an EDI document. Any questions regarding the validity of the information you are receiving should be directed to: The University of California, Berkeley, 120 Sproul Hall Berkeley, CA 94720-5404, Tel: (510) 642-5990.

## Grade Points

Grade points per unit are assigned as follows: A=4, B=3, C=2, D=1, and F=none. When attached to the grades A, B, C, and D, plus (+) grades carry three-tenths of a grade point more per unit, and minus (-) grades carry three-tenths of a grade point less per unit than unsuffixed grades, except for A+, which carries 4.0 grade points per unit as does an A.

Courses graded P, NP, S, U, I, IP, or NR are not used in computing the grade point average.

## Scholastic Standing

### Good Standing

*Undergraduate:* C average (non-negative balance)
*Graduate:* B average or better on all work attempted at any UC campus after a bachelor's degree.

### Academic Probation

Undergraduate students are placed on academic probation if at the end of any term their cumulative grade point average is less than 2.0 (C average) computed on the total of all courses undertaken in the University. However, in the Colleges of Chemistry and Engineering, probation is determined on a term basis.

## Credit Codes

Credit codes may determine the calculation of credit or annotate a course entry as follows:

### Current Records System

Fall 1975 to Present

*Note:* An "I" assigned as of Fall 1973 to present is not included in grade point computation.

### Pass/Fail Courses

PF-Course offered only on Pass/Not Pass basis
P/NP-Undergraduate grading option Passed/Not Passed
SF-Graduate grading option Satisfactory/Unsatisfactory
SU-Graduate courses offered only on Satisfactory/Unsatisfactory basis

PF, P/NP, SF, SU courses are not included in units ATTM (attempted) or units PSSD (passed), but are included in CREDITS COMPLETED.

### Sequence Courses

T1, T2, T3-Sequence course in progress
TX-Sequence course with variable terms, in progress
TP-Sequence course in progress, taken P/NP
TS-Sequence course in progress, taken SF
2T, 3T, TT, PT, ST-Final term of sequence course with total units and final grade

### Resolution of Incomplete Grades

| | | |
|---|---|---|
| J1 | - | I replaced with letter grade |
| PJ | - | I replaced with a P or NP for an undergraduate |
| SJ | - | I replaced S or U for a graduate |
| JT | - | I replaced with a grade for final term of sequence course |
| J5 | - | I to be retained permanently by an undergraduate |
| Q1 | - | I lapsed to F |
| PI | - | I lapsed to NP |
| Q2 | - | IP grade lapsed to I |
| RZ | - | Replacement of original grade; no credit calculation |

## Repeated Courses

The G-Series code appearing after a repeated course entry controls credit and grade points earned.

| | | |
|---|---|---|
| RD | - | Original D grade; units attempted, units passed and grade points counted |
| RF | - | Original F grade; units attempted counted |
| RR | - | Original NP,I or NR; no credit calculation |
| G1 | - | D grade repeated; additional grade points calculated |
| G+ | - | D+ grade repeated; additional grade points calculated |
| G- | - | D- grade repeated; additional grade points calculated |
| G2 | - | F grade repeated; units passed and grade points calculated |
| PG | - | NP grade repeated; passed/not passed units calculated |
| GØ | - | NP grade repeated for a letter grade; units attempted, units passed, grade points calculated; incomplete grade repeated with permission |
| GP | - | P grade repeated; no credit allowed |
| G5 | - | C- or better grade repeated; no credit allowed |
| GT | - | I (lapsed IP) grade repeated; units attempted, units passed, grade points calculated |
| GB | - | 2nd repeat of an F without permission; only units passed calculated |
| GI | - | I repeated without permission; units attempted, units passed, but no grade points calculated |
| GE | - | Units attempted and grade points calculated; units passed not calculated |

### Miscellaneous

| | | |
|---|---|---|
| N1 | - | Grade corrected by instructor |
| K1 | - | Credit by examination; see memoranda |
| DR | - | Course dropped after eighth week of term |

### Prefixes

| | | |
|---|---|---|
| C | - | Cross-listed |
| H | - | Honors |
| N | - | Summer course |
| R | - | Reading & Composition |
| W | - | On-line |

## Previous Record System

Prior to Fall 1975

*Note:* An "I" assigned prior to Fall 1973 is included in grade point computation as an F grade.

Prior to Fall 1966, explanations are included on the transcripts:

| | | |
|---|---|---|
| E | - | Education Abroad Program |
| G | - | Course repeated |
| GM | - | Duplicate Matriculation Credit |
| K | - | I grade completion deferred without loss of grade points |
| L | - | I completed (replaced with grade) |
| M | - | Allowed to take credit by examination |
| N | - | Grade points for I grade allowed upon completion |
| Q | - | Grade changed by instructor |
| V | - | Course in progress (sequence course) |
| J | - | I grade lapsed to F |
| R | - | Course completed in Extension Division |
| T | - | Course dropped |
| GL | - | Grade by special examination |

**EX. 11**