

Accreditation Council for
Graduate Medical Education

# ACGME
# Institutional Requirements

ACGME approved focused revision: February 4, 2018; effective July 1, 2018

**EX. 12**

| | |
|---|---|
| III.B.7.b) | The Sponsoring Institution, in partnership with its ACGME-accredited program(s), must educate faculty members and residents/fellows in identification of the symptoms of burnout, depression, and substance abuse, including means to assist those who experience these conditions. This responsibility includes educating residents/fellows and faculty members in how to recognize those symptoms in themselves, and how to seek appropriate care. (Core) |
| III.B.7.c) | The Sponsoring Institution, in partnership with its ACGME-accredited program(s), must: (Core) |
| III.B.7.c).(1) | encourage residents/fellows and faculty members to alert their program director, DIO, or other designated personnel or programs when they are concerned that another resident/fellow or faculty member may be displaying signs of burnout, depression, substance abuse, suicidal ideation, or potential for violence; (Core) |
| III.B.7.c).(2) | provide access to appropriate tools for self screening; and, (Core) |
| III.B.7.c).(3) | provide access to confidential, affordable mental health assessment, counseling, and treatment, including access to urgent and emergent care 24 hours a day, seven days a week. (Core) |
| III.B.7.d) | The Sponsoring Institution must ensure a healthy and safe clinical and educational environment that provides for: (Core) |
| III.B.7.d).(1) | access to food during clinical and educational assignments; and, (Core) |
| III.B.7.d).(2) | safety and security measures for residents/fellows appropriate to the participating site. (Core) |

IV. Institutional GME Policies and Procedures

IV.A. Resident/Fellow Recruitment

| | |
|---|---|
| IV.A.1. | Eligibility and Selection of Residents/Fellows: The Sponsoring Institution must have written policies and procedures for resident/fellow recruitment and appointment, and must monitor each of its ACGME-accredited programs for compliance. (Core) |
| IV.A.2. | An applicant must meet one of the following qualifications to be eligible for appointment to an ACGME-accredited program: (Core) |
| IV.A.2.a) | graduation from a medical school in the United States or Canada, accredited by the Liaison Committee on Medical Education (LCME); or, (Core) |