# EXHIBIT A

| Ex. No. | Description | Bates Nos. | Admit | Authenticity Disputed | Authenticity and Admission Disputed | Objections |
|---|---|---|---|---|---|---|
| 200 | 2016 Resident Handbook | CHCW 000001-20 | | | | FRE 403; Relevance; & Foundation |
| 201 | 2019 Resident Handbook | Vorgias 00007-46 | | | | |
| 202 | Accreditation Council for Graduate Medical Education Program Requirements | PLTF 000021-31 | | | | FRE 403; incomplete exhibit; Relevance & Foundation |
| 203 | Resident Professional Agreement and Accountability Policy | CHCW 000258-259 | | | | FRE 802 Hearsay; FRE 403; Relevance & Foundation |
| 204 | Standards of Behavior Agreement | CHCW 000189 | | | | FRE 403; FRE 802 Hearsay; Relevance, & Foundation |
| 205 | Lists of jobs Plaintiff applied to after separation of employment | PLTF 001155 | | | | FRE 403 misleading as incomplete; |
| 206 | 2017 Resume | CHCW 000261 | | | | FRE 802 Hearsay |
| 207 | October 1, 2017 Demetrious Vorgias Residency Application | CHCW 000228-257 | | | | |
| 208 | March 28, 2018 Resident Contract in Family Medicine | CHCW 000179-183 | | | | |
| 209 | June 25, 2018 to June 21, 2020 New Innovations Comments/Reviews | CHCW 000105-162 | | | | FRE 802 Hearsay |
| 210 | July 19, 2018 Self Evaluation | CHCW 00097-98 | | | | FRE 802 Hearsay |
| 211 | September 17, 2018 Email from Joy Gay regarding concerns | CHCW 000044 | | | | FRE 802 Hearsay; FRE 403 misleading |

| | | | | | | |
|---|---|---|---|---|---|---|
| 212 | October 1, 2018 Email from Tiffany Mark regarding concerns | CHCW 000045-46 | | | | FRE 802 Hearsay; FRE 403 misleading |
| 213 | October 23, 2018 CARED Meeting regarding recommending placing Vorgias on Constructive Citation | CHCW 000051-52 | | | | FRE 802 Hearsay; FRE 403 misleading |
| 214 | October 23, 2018 New Innovations Evaluation by Dr. Hill | Vorgias 000080-83 | | | | |
| 215 | October 24, 2018 Quarterly Review noting Constructive Citation | CHCW 000102-103 | | | | FRE 802 Hearsay; |
| 216 | November 4, 2018 Email from Dr. Bauman regarding feedback | CHCW 000055-56 | | | | FRE 802 Hearsay; |
| 217 | November 14, 2018 Email from Carlin Miller regarding feedback | CHCW 000053-54 | | | | FRE 802 Hearsay; |
| 218 | 2018-2019 Rotation Comparison | CHCW 000184-186 | | | | FRE 802 Hearsay; FRE 403 misleading |
| 219 | January 23, 2019 Consequential Citation by CARED Committee | CHCW 000058-60 | | | | FRE 802 Hearsay; FRE 403 misleading |
| 220 | January 23, 2019 Quarterly Review | CHCW 000163-164 | | | | FRE 802 Hearsay; FRE 403 misleading/duplication |
| 221 | January 28, 2019 Email from Dr. Hill to faculty regarding Consequential Citation | CHCW 00057 | | | | FRE 802 Hearsay; FRE 403 misleading/prejudicial |
| 222 | February 4, 2019 Email from Dr. Moran regarding feedback | CHCW 000061-62 | | | | FRE 802 Hearsay; FRE 403 misleading/prejudicial |
| 223 | February 10, 2019 New Innovations Review by Dr. Rue | Vorgias 000210-213 | | | | FRE 802 Hearsay; FRE 403 misleading/prejudicial |
| 224 | February 13, 2019 Pre-reading for CARED Meeting | CHCW 000066-71 | | | | FRE 802 Hearsay; FRE 403 misleading/prejudicial |
| 225 | February 13, 2019 CARED Meeting regarding probation | CHCW 000072-75 | | | | FRE 802 Hearsay; FRE 403 misleading |
| 226 | February 13, 2019 Email from Dr. Lancaster regarding Demetrios' FMS | CHCW 000064-65 | | | | FRE 802 Hearsay; FRE 403 misleading |
| 227 | February 13, 2019 Email from Dr. Powers to faculty regarding Plaintiff's removal from FMS | CHCW 000076 | | | | FRE 802 Hearsay; FRE 403 misleading |

| # | Description | Bates | | | Objections |
|---|---|---|---|---|---|
| 228 | February 13, 2019 - April 25, 2019 Text messages between Plaintiff and Trevor regarding concerns about being fired | PLTF 000517-518 | | | FRE 802 Hearsay |
| 229 | February 15, 2019 Letter from Laura Moss to Dr. Powers regarding no evidence of current impairment | CHCW 000077 | | | FRE 802 Hearsay |
| 230 | February 26, 2019 CARED Meeting regarding remaining on Probation | CHCW 000165-166 | | | FRE 802 Hearsay; FRE 403 misleading |
| 231 | April 17, 2019 CARED Meeting regarding status and progress during probation | CHCW 000078-79 | | | FRE 802 Hearsay; FRE 403 misleading |
| 232 | April 19, 2019 Email from Cynthia Morales To Dr. Powers regarding no current identified impairment | 000093-94 | | | FRE 802 Hearsay; FRE 403 misleading |
| 233 | April 23, 2019 Email from Dr. Pearson regarding concerns | CHCW 000083-84 | | | FRE 802 Hearsay; FRE 403 misleading |
| 234 | April 23, 2019 Email from Dr. Papazian regarding feedback not registering with Plaintiff | CHCW 000080-82 | | | FRE 802 Hearsay; FRE 403 misleading |
| 235 | April 24, 2019 CARED Meeting regarding termination | CHCW 000087-88 | | | FRE 802 Hearsay; FRE 403 misleading |
| 236 | April 24, 2019 Quarterly Review | CHCW 000089-92 | | | FRE 802 Hearsay; FRE 403 misleading; Foundation |
| 237 | April 26, 2019 on the Fly Resident Evaluation by Heidi Martinez | Vorgias 000207 | | | FRE 802 Hearsay |
| 238 | April 26, 2019 Email from Ravneet Dhaliwal regarding concerns | CHCW 000085-86 | | | FRE 802 Hearsay |
| 239 | May 1, 2019 New Innovations Evaluation by Dr. Papazian | CHCW 000076-79 | | | FRE 802 Hearsay |
| 240 | May 8, 2019 Email from Micahlyn Powers to Demetrios Vorgias regarding retaking the EKG test | CHCW 000095-96 | | | FRE 802 Hearsay |

| | | | | | | |
|---|---|---|---|---|---|---|
| 241 | May 12, 2019 - May 21, 2019 Text messages between Demetrios and Dr. Pearson regarding letter of recommendation | PLTF 000511 | | | | FRE 802 Hearsay |
| 242 | May 15, 2019 - July 10, 2019 Text messages between Plaintiff and Dr. Harvey re letter of recommendation | PLTF 000528-529 | | | | FRE 802 Hearsay |
| 243 | May 17, 2019- July 28, 2019 Text messages between Plaintiff and Dr. Miller and Dr. Hill re letter of recommendation | PLTF 000540-542 | | | | FRE 802 Hearsay |
| 244 | May 29, 2019 Email from Dr. Pearson to Plaintiff re letter of recommendation | Vorgias 000154-155 | | | | FRE 802 Hearsay |
| 245 | May 30, 2019 - December 31, 2019 Test messages between Plaintiff and Dr. Bauer re letter of recommendation | PLTF 000520-521 | | | | FRE 802 Hearsay |
| 246 | March 27, 2020 - April 23, 2020 Text messages between Plaintiff and Dr. Shalom re letter of recommendation | PLTF 000554-555 | | | | FRE 802 Hearsay |
| 247 | November 3, 2020 EEOC Dismissal Notice | Vorgias 000254-255 | | | | Relevance; FRE 802 Hearsay; FRE 403 Misleading |
| 248 | 2021 Resume | PLTF 000145-147 | | | | |
| 249 | Shelly Lewis, MA, CRC, CLCP, ABV/D CV Expert Report dated November 4, 2021 | Disclosed on November 5, 2021 | | | | Relevance; FRE 802 Hearsay |
| 250 | Shelly Lewis, MA, CRC, CLCP, ABV/D CV | Disclosed on November 5, 2021 | | | | Relevance; FRE 802 Hearsay |
| 251 | 2018 Tax Return | PLTF 001495-1498 | | | | FRE 403 misleading/confusion |
| 252 | 2019 Tax Return | PLTF 001580-1584 | | | | FRE 403 misleading/confusion |
| 253 | 2020 Tax Return | PLTF 001666-1670 | | | | FRE 403 misleading/confusion |