THE HONORABLE STANLEY A. BASTIAN

Catharine Morisset, WSBA #29682
Suzanne Michael, WSBA #14072
Clarence Belnavis, WSBA #36681
FISHER PHILLIPS LLP
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-682-2308
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| DEMETRIOS VORGIAS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMMUNITY HEALTH OF CENTRAL WASHINGTON,<br><br>　　　　　Defendant. | NO. 1:21-cv-03013-SAB<br><br>DEFENDANT'S TRIAL WITNESS AND EXHIBIT LISTS |

Pursuant to this Court's June 2, 2021, Jury Trial Scheduling Order (ECF No. 13) its October 8, 2021, Amended Jury Trial Scheduling Order (ECF No. 24), and its February 24, 2022 Order Setting Trial Dates and Deadlines, Defendant Community Health of Central Washington ("CHCW") hereby provides the following list of witnesses it expects to call to testify at trial and exhibits it expects to offer at trial, except for exhibits to be used only for impeachment. Copies of all documentary exhibits are provided herewith.

DEFENDANT'S TRIAL WITNESS AND EXHIBIT LISTS 1:21-cv-03013-SAB - 1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 44825292.3

A.  **DEFENDANT'S PRIMARY TRIAL WITNESSES**

1.  Demetrios Vorgias – Demetrios Vorgias is likely to testify to his claims, residency, performance, failure to mitigate, and damages.

2.  Dr. Micahlyn Powers (Former Interim Residency Program Director– Dr. Micahlyn Powers was the Interim Director during Plaintiff's residence. She is likely to testify about CHCW's residency program, its criteria for success, its performance standards, its accreditation through ACGME, CHCW's standard of patient care, Plaintiff's contract, Plaintiff's residency, her communications with Plaintiff, her observations of Plaintiff's skills, job performance, and qualifications, his performance counseling and discipline, CARED Committee meetings and information received by CARED related to Plaintiff's job performance, her communications with WPHP, and Plaintiff's separation of employment.

3.  Dr. Katina Rue (Former Associate Program Director) – Dr. Katina Rue is likely to testify about CHCW's residency program, its criteria for success, its performance standards, its policies, CHCW's standard of patient care, Plaintiff's residency, performance, and her communications with and observations of Plaintiff, CAR5ED Committee meetings and information received by it regarding Plaintiff, and his separation of employment.

4.  Dr. Caitlin Hill (Former Associate Program Director, current

DEFENDANT'S TRIAL WITNESS AND EXHIBIT LISTS 1:21-cv-03013-SAB - 2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 44825292.3

Director) – Dr. Caitlin Hill is likely to testify about CHCW's residency program, its criteria for a medical resident's success, its performance standards, its accreditation through ACGME, CHCW's standard of patient care, Plaintiff's residency, performance, her communications with and observations of Plaintiff's job performance, skills, and qualifications, CARED Committee meetings and information received by CARED related to Plaintiff's job performance, other information she received from faculty and staff regarding Plaintiff, and his separation of employment.

5. Dr. David Bauman (Behavioral Health Education Director) - Dr Bauman is likely to testify about CHCW's residency program, its criteria for a medical resident's success, its performance standards, CHCW's standard of patient care, his observations of Plaintiff's job performance, skills, and qualifications, Plaintiff's residency and performance, his communications with the Program Director and CARED, and Plaintiff's separation of employment.

6. Dr. Ragina Lancaster (Associate Program Director) – Dr. Ragina Lancaster is likely to testify about CHCW's residency program, its criteria for a medical resident's success, its performance standards, CHCW's standard of patient care, her observations of Plaintiff's job performance, skills, and qualifications, Plaintiff's residency and performance, her communications with the Program Director and CARED.

DEFENDANT'S TRIAL WITNESS AND EXHIBIT LISTS 1:21-cv-03013-SAB - 3

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 44825292.3

7. Laura McClintock (Human Resources Director) – Laura McClintock is likely to testify about the CHCW's residency program, its accreditation through ACGME, its criteria for a medical resident's success, Plaintiff's contract, CHCW's residency program, Plaintiff's performance, her communications with and observations of Plaintiff, including related to his performance counseling and discipline, CARED Committee meetings and information received by CARED related to Plaintiff's job performance, her communications with WPHP, Plaintiff's separation of employment, and CHCW accommodation processes and procedure for residents.

8. Dr. Carlin Miller – Dr. Carlin Miller is likely to testify about CHCW's residency program, its accreditation through ACGME, its criteria for a medical resident's success, success, its standard of patient care, Plaintiff's residency, his and performance, her communications with and observations of Plaintiff's job performance, skills, and qualifications, her communications with the Program Director and CARED.

9. Dr. Patrick Moran – Dr. Patrick Moran is likely to testify about CHCW's residency program, its criteria for a medical resident's success, its standard of patient care, Plaintiff's residency, his communications with Plaintiff, his of Plaintiff's job performance, skills, and qualifications, and his communications with the Program Director and CARED.

DEFENDANT'S TRIAL WITNESS AND EXHIBIT LISTS 1:21-cv-03013-SAB - 4

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 44825292.3

1     10. Dr. Dominick Nguyen – Dr Nguyen is likely to testify about CHCW's residency program, its criteria for a medical resident's success, its standard of patient care, Plaintiff's residency, his communications with Plaintiff, his of Plaintiff's job performance, skills, and qualifications, and his communications with the Program Director and CARED.

    11. Dr. Ravneet Dhaliwal – Dr. Ravneet Dhaliwal is likely to testify about CHCW's residency program, its criteria for a medical resident's success, its standard of patient care, Plaintiff's residency, his communications with Plaintiff, his of Plaintiff's job performance, skills, and qualifications, and his communications with the Program Director and CARED.

    12. Shelley Lewis, MA, CRC CLCP, ABVE/D - Shelley Lewis, MA, CRC CLCP, ABVE/D is Defendant's expert and is likely to testify regarding Plaintiff's job qualifications, post-separation job search, and Plaintiff's failure to minimize his economic damages by failing to engage in a reasonably diligent job search to seek other employment for which he was qualified and was available.

//

//

//

DEFENDANT'S TRIAL WITNESS AND EXHIBIT LISTS 1:21-cv-03013-SAB - 5

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 44825292.3

1  B.    **DEFENDANT'S TRIAL EXHIBITS**

| Ex. No. | Description | Bates Nos. | Admit | Auth. Disputed | Auth. & Admiss. Disputed |
|---|---|---|---|---|---|
| 200. | 2016 Resident Handbook | CHCW 000001-10 | | | |
| 201. | ACGME Program Requirements | CHCW 000011-20 | | | |
| 202. | Resident Professionalism Agreement and Accountability Policy (4/22/18) | CHCW 000258-259 | | | |
| 203. | Standards of Behavior Agreement (6/27/18) | CHCW 000189 | | | |
| 204. | October 1, 2017 Demetrios Vorgias Residency Application materials | CHCW 000228-243; 255-257 | | | |
| 205. | March 27, 2018 Resident Contract in Family Medicine | CHCW 000179-183 | | | |
| 206. | R 1 FMS Evaluation | CHCW 000126-135 | | | |
| 207. | EKG Selective Evaluation | CHCW 000162 | | | |
| 208. | Resident Individual Learning Plan | CHCW 0000146-156 | | | |
| 209. | July 19, 2018 Self Evaluation | CHCW 000097-98 | | | |
| 210. | September 17, 2018 Email from Joy Gay regarding concerns | CHCW 000044 | | | |

DEFENDANT'S TRIAL WITNESS AND EXHIBIT LISTS 1:21-cv-03013-SAB - 6

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 44825292.3

| # | Description | Bates | | | |
|---|---|---|---|---|---|
| 211. | October 1, 2018 Email from Tiffany Mark regarding concerns | CHCW 000045-46 | | | |
| 212. | Resident Individual Learning Plan | CHCW 000047-50 | | | |
| 213. | CARED Committee Description | VORGIAS 00039-45 | | | |
| 214. | October 23, 2018 CARED Meeting regarding recommending placing Vorgias on a Constructive Citation | CHCW 000051-52 | | | |
| 215. | October 23, 2018 New Innovations Evaluation by Dr. Hill | VORGIAS 000080-83 | | | |
| 216. | October 24, 2018 Quarterly Review /Constructive Citation | CHCW 000102-103 | | | |
| 217. | November 4, 2018 Email from Dr. Bauman regarding feedback | CHCW 000055-56 | | | |
| 218. | November 14, 2018 Email from Carlin Miller regarding feedback | CHCW 000053-54 | | | |
| 219. | 2018-2019 Rotation Comparison | CHCW 000184-186 | | | |
| 220. | 2018 American Board of Family Medicine In Training Examination Performance Report | CHCW 000167 | | | |

DEFENDANT'S TRIAL WITNESS AND EXHIBIT LISTS 1:21-cv-03013-SAB - 7

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 44825292.3

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 221. | January 23, 2019 Consequential Citation by CARED Committee | CHCW 000058-60 | | | |
| 2 | 222. | January 23, 2019 Quarterly Review | CHCW 000163-164 | | | |
| 3 | 223. | January 28, 2019 Email from Dr. Hill to faculty regarding Consequential Citation | CHCW 000057 | | | |
| 4 | 224. | February 4, 2019 Email from Dr. Moran regarding feedback | CHCW 000061-62 | | | |
| 5 | 225. | February 10, 2019 New Innovations Review by Dr. Rue | VORGIAS 000210-213 | | | |
| 6 | 226. | February 13, 2019 Pre-reading for CARED Meeting | CHCW 000066-71 | | | |
| 7 | 227. | February 13, 2019 CARED Meeting regarding probation | CHCW 000072-75 | | | |
| 8 | 228. | CARED to Dr. Vorgias/Probation | CHCW 000091-94 | | | |
| 9 | 229. | February 13, 2019 Email from Dr. Lancaster regarding Demetrios' FMS | CHCW 000064-65 | | | |
| 10 | 230. | February 13, 2019 Email from Dr. Powers "Demetrious Vorgias Change in Schedule" | CHCW 000076 | | | |
| 11 | 231. | February 15, 2019 Letter from Laura Moss to Dr. Powers | CHCW 000077 | | | |

DEFENDANT'S TRIAL WITNESS AND EXHIBIT LISTS 1:21-cv-03013-SAB - 8

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 44825292.3

| | | | | | | |
|---|---|---|---|---|---|---|
| 232. | February 26, 2019 CARED Meeting regarding remaining on Probation | CHCW 000165-166 | | | | |
| 233. | March 2019 "Clinical Question" emails with Dr. Powers | CHCW 000206-227 | | | | |
| 234. | April 17, 2019 CARED Meeting regarding status and progress during Probation | CHCW 000078-79 | | | | |
| 235. | April 19, 2019 Email from Cynthia Morales to Dr. Powers | CHCW 000093-94 | | | | |
| 236. | April 23, 2019 Emails re "Vorgias FMS Evaluations" | CHCW 000084 | | | | |
| 237. | April 23, 2019 Email from Dr. Papazian re "Vorgias FMS Evaluations" | CHCW 000080 | | | | |
| 238. | April 24, 2019 CARED Meeting regarding termination | CHCW 000087-88 | | | | |
| 239. | April 24, 2019 Quarterly Review | CHCW 000089-92 | | | | |
| 240. | April 26, 2019 Email from Dr. Dhaliwal | CHCW 000085-86 | | | | |
| 241. | May 1, 2019 "On the Fly Resident Evaluation" by Dr. Dhaliwal | VORGIAS 000186 | | | | |

DEFENDANT'S TRIAL WITNESS AND EXHIBIT LISTS 1:21-cv-03013-SAB - 9

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 44825292.3

| | | | | | |
|---|---|---|---|---|---|
| 242. | May 8, 2019 Email from Dr. Powers to Plaintiff | CHCW 000095-96 | | | |
| 243. | List of jobs Plaintiff applied to after separation of employment | PLTF 001155 | | | |
| 244. | 2017 Resume | CHCW 000261 | | | |
| 245. | 2021 Resume | PLTF 000145-147 | | | |
| 246. | November 3, 2020 EEOC Dismissal Notice | VORGIAS 000254-255 | | | |
| 247. | Shelly Lewis, MA, CRC, CLCP, ABVE/D CV Expert Report dated November 4, 2021 | Disclosed on November 5, 2021 | | | |
| 248. | Shelly Lewis, MA, CRC, CLCP, ABVE/D CV | Disclosed on November 5, 2021 | | | |

## C. **RESERVATIONS**

In addition to the foregoing, Defendant reserves the right:

- To use any exhibit on Plaintiff's list

- To call any person listed on any Plaintiff's witness list

- To call rebuttal/impeachment witnesses, any other party or witness identified during the discovery

- To use any document produced in discovery for purposes of impeachment ore

DEFENDANT'S TRIAL WITNESS AND EXHIBIT LISTS 1:21-cv-03013-SAB - 10

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 44825292.3

rebuttal

- To call Records custodians of any person and/or entity named on any party's witness list

- To call witnesses in rebuttal to allegations presented by Plaintiff during the presentation of their case in chief

- To call any witness necessary to authenticate or lay foundation for documents.

DATED August 8, 2022.

          By s/ Catharine M. Morisset
             Catharine M. Morisset, WSBA #29682
             Suzanne Michael, WSBA #14072
             Clarence Belnavis, WSBA #36681
             *Attorneys for Defendant*
             FISHER & PHILLIPS LLP
             1700 7th Ave, Suite 2200
             Seattle, WA 98101
             Tel: 206-682-2308
             Fax: 206-682-7908
             cmorisset@fisherphillips.com
             smichael@fisherphillips.com
             cbelnavis@fisherphillips.com

DEFENDANT'S TRIAL WITNESS AND EXHIBIT
LISTS 1:21-cv-03013-SAB - 11

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 44825292.3

# CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

Luan T. Le, *pro hac vice*
Law Offices of Luan T. Le
1190 S Bascom Avenue, Suite 213
San Jose, CA 95128
Email: ledowningllp@gmail.com

Seth W. Wiener, *pro hac vice*
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Email: sethwiener@yahoo.com

William D. Pickett
Larson, Griffee, Pickett PLLC
105 N. 3rd Street
Yakima, WA 98901
Email: Bill@lgplawfirm.com

*Attorneys for Plaintiff*

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed August 8, 2022 at Seattle, Washington.

_____
Jazmine Matautia

DEFENDANT'S TRIAL WITNESS AND EXHIBIT LISTS 1:21-cv-03013-SAB - 12

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 44825292.3