THE HONORABLE STANLEY A. BASTIAN

Catharine Morisset, WSBA #29682
Suzanne K. Michael, WSBA #14072
Clarence Belnavis, WSBA # 36681
cmorisset@fisherphillips.com
smichael@fisherphillips.com
cbelnavis@fisherphillips.com
FISHER PHILLIPS LLP
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-682-2308
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT YAKIMA

| | |
|---|---|
| DEMETRIOS VORGIAS,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMUNITY HEALTH OF CENTRAL WASHINGTON,<br><br>        Defendant. | NO. 1:21-cv-03013-SAB<br><br>DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM |

We, the jury, answer the questions submitted by the Court as follows:

**A.    WASHINGTON LAW AGAINST DISCRIMINATION (WLAD)**

QUESTION 1:    **WLAD Disability Discrimination**. Did Plaintiff prove by a preponderance of the evidence that he had a qualifying disability?

ANSWER: [   ] Yes  [   ] No

*If the answer to Question 1 is Yes, proceed to Question 2.*
*If the answer is No, skip directly to Queston 20 in Section E.*

DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM (21-03013 SAB)- Page 1

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 44979148.4

QUESTION 2: **WLAD Disability Discrimination**. Did Plaintiff prove by a preponderance of the evidence that he was able to perform the essential functions of a first year resident during his employment?

ANSWER: [ ] Yes [ ] No

*If the answer to Question 2 is Yes, proceed to Question 3.*
*If the answer is No, skip directly to Question 20 in Section E.*

QUESTION 3: **WLAD Disability Discrimination**. Did Plaintiff prove by a preponderance of the evidence that he gave Defendant adequate notice of a disability during his employment?

ANSWER: [ ] Yes [ ] No

*If the answer to Question 3 is Yes, proceed to Question 4.*
*If the answer is No, skip directly to Question 20 in Section E.*

QUESTION 4: **WLAD Disability Discrimination**. Did Plaintiff prove by a preponderance of the evidence that Plaintiff's disability was a substantial factor in Defendant's decision to discharge him?

ANSWER: [ ] Yes [ ] No

*Proceed to Question 5.*

QUESTION 5: **WLAD Reasonable Accommodation.** Did Plaintiff prove by a preponderance of the evidence that a reasonable accommodation was available that would have enabled him to perform the essential functions of a first year medical resident?

ANSWER: [ ] Yes [ ] No

*If the answer to Question 5 is Yes, proceed to Question 6.*
*If the answer is No, skip directly to Question 9 in Section B.*

DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM (21-03013 SAB)- Page 2

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 44979148.4

QUESTION 6:   **WLAD Reasonable Accommodation.** Did Plaintiff prove by a preponderance of the evidence that Defendant failed to provide a reasonable accommodation for Plaintiff's disablity?

ANSWER: [ ] Yes [ ] No

*If the answer to Question 6 is Yes, proceed to Question 7.*
*If the answer is No, skip directly to Question 9 in Section B.*

QUESTION 7:   **WLAD Reasonable Accommodation**. Did Plaintiff prove by a preponderance of the evidence that Defendant's failure to provide a reasonable accommodation was a substantial factor in causing harm to Plaintiff?

ANSWER: [ ] Yes [ ] No

*If the answer to Question 7 is Yes, proceed to Question 8.*
*If the answer is No, skip directly to Question 9 in Section B.*

QUESTION 8:   **WLAD Reasonable Accommodation**. Did Plaintiff prove by a preponderance of the evidence that accommodating Plaintiff would have caused Defendant undue hardship?

ANSWER: [ ] Yes [ ] No

*Proceed to Question 9 in Section B.*

**B.    AMERICANS WITH DISABILITIES ACT**

QUESTION 9:   **ADA Disability Discrimination**. Did Plaintiff prove by a preponderance of the evidence that he suffered from a disability that substantially limited one or more major life activities at the time of his discharge?

ANSWER: [ ] Yes [ ] No

*If the answer to Question 9 is Yes, proceed to Question 10.*
*If the answer is No, skip directly to Section E.*

DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM (21-03013 SAB)- Page 3

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 44979148.4

QUESTION 10:   **ADA Disability Discrimination**. Did Plaintiff prove by a preponderance of the evidence that he was a qualified individual at the time of his discharge?

ANSWER: [  ] Yes [  ] No

*If the answer to Question 10 is Yes, proceed to Question 11.*
*If the answer is No, skip directly to Questions 20 in Section E.*

QUESTION 11:   **ADA Disability Discrimination.** Did Plaintiff prove by a preponderance of the evidence that he gave Defendant notice of his disability before he was discharged?

ANSWER: [  ] Yes [  ] No

*If the answer to Question 11 is Yes, proceed to Question 12.*
*If the answer is No, skip directly to Question 20 in Section E.*

QUESTION 12:   **ADA Disability Discrimination**. Did Plaintiff prove by a preponderance of the evidence that, but for his disablity, he would not have been discharged?

ANSWER: [  ] Yes [  ] No

*Proceed to Question 13.*

QUESTION 13:   **ADA Reasonable Accommodation**. Did Plaintiff prove by a preponderance of the evidence that he gave Defendant adequate notice of his disability and desire for a reasonable accommodation?

ANSWER: [  ] Yes [  ] No

*If the answer to Question 13 is Yes, proceed to Question 14.*
*If the answer is No, skip directly to Question 20 in Section E.*

DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM (21-03013 SAB)- Page 4

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 44979148.4

QUESTION 14:	**ADA Reasonable Accommodation.** Did Plaintiff prove by a preponderance of the evidence that a reasonable accommodation was available that would have enabled the plaintiff to perform the essential functions of a first year medical resident?

ANSWER: [ ] Yes [ ] No

*If the answer to Question 14 is Yes, proceed to Question 15.*
*If the answer is No, skip directly to Question 20 in Section E.*

QUESTION 15:	**ADA Reasonable Accommodation.** Did Defendant prove by a preponderance of the evidence that the accommodation would have imposed an undue hardship on the operation of its business?

ANSWER: [ ] Yes [ ] No

*If the answer to Question 15 is Yes, proceed to Question 16.*
*If the answer is No, skip directly to Question 20 in Section E.*

QUESTION 16:	**ADA Reasonable Accommodation.** Did Defendant prove by a preponderance of the evidence that Plaintiff's continued employment as a medical resident posed a significant risk of substantial harm to the health and safety of himself or others?

ANSWER: [ ] Yes [ ] No

*If the answer to Question 16 is Yes, skip directly to Question 20 in Section E.*
*If the answer is No, proceed to Question 17 in Section C.*

DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM (21-03013 SAB)- Page 5

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 44979148.4

## C. PROXIMATE CAUSE

QUESTION 17:   **Proximate Cause**. Did Plaintiff prove by a preponderance of the evidence that unlawful discrimination by Defendant proximately caused his claimed damages?

ANSWER: [   ] Yes [   ] No

*If the answer to Question 17 is Yes, proceed to Section D.*
*If the answer is No, skip directly to Section E.*

## D. DAMAGES – ADA/WLAD

QUESTION 18:   **Damages Amount - ADA/WLAD**. What do you find to be the amount of damages sustained by Plaintiff, if any?

Past Economic Damages:   $_____

Future Economic Damages:   $_____

Non-Economic Damages:   $_____

*Proceed to Question 19.*

QUESTION 19:   **Mitigation**. Did Defendant prove that Plaintiff failed to mitigate his claimed damages, or that his claimed damages should be reduced by any amount earned in mitigation?

ANSWER: [   ] Yes [   ] No

If you answered "yes," by what amount is Plaintiff's amount of damages to be reduced for failure to mitigate damages?

$_____

DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM (21-03013 SAB)- Page 6

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 44979148.4

*Proceed to Question 20 if and only if **ALL** of the following three conditions are met:*

1. *You answered Yes to both Questions 9 and 10;*
2. *You answered either: Yes to both Questions 11 and 12 or Yes to both Questions 13 and 14; and*
3. *You answered No to both Questions 15 and 16.*

*If any of these three conditions is unmet, do not answer Question 20 and skip directly to Section E.*

QUESTION 20: **Punitive Damages - ADA only**. Did Plaintiff prove by a preponderance of the evidence that Defendant acted maliciously, oppressively, or in reckless disregard of plaintiff's rights when it discharged plaintiff?

ANSWER: [  ] Yes [  ] No

If you answered no to Question 20, then proceed to Question 20 in Section E. If you answered "yes," what do you find to be the amount of punitive damages?

Punitive Damages: $ _____

*Proceed to Question 20 in Section E.*

## E.   BREACH OF CONTRACT

QUESTION 20: **Breach of Contract**. Has Plaintiff proved by a preponderance of the evidence that Plaintiff entered into a contract with Defendant?

ANSWER: [  ] Yes [  ] No

*If the answer to Question 20 is Yes, proceed to Question 21. If the answer is No, answer no further questions, sign this verdict form, and notify the bailiff.*

DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM (21-03013 SAB)- Page 7

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 44979148.4

QUESTION 21:   **Breach of Contract**. Has Plaintiff proved by a preponderance of the evidence that Defendant promised to employ him beyond June 24, 2019?

ANSWER: [   ] Yes [   ] No

*Proceed to Question 22.*

QUESTION 22:   **Breach of Contract**. Has Plaintiff proved by a preponderance of the evidence that Defendant materially breached its contract with Plaintiff?

ANSWER: [   ] Yes [   ] No

*If the answer to Question 22 is Yes, proceed to Question 23. If the answer is No, answer no further questions, sign this verdict form, and notify the bailiff.*

QUESTION 23:   **Breach of Contract - Proximate Cause**. Did Plaintiff prove by a preponderance of the evidence that Plaintiff was damaged as a result of Defendant's material breach?

ANSWER: [   ] Yes [   ] No

*If the answer to Question 23 is Yes, proceed to Question 24. If the answer is No, answer no further questions, sign this verdict form, and notify the bailiff.*

QUESTION 24:   **Damages Amount – Breach of Contract**. What is the amount of actual economic damages that Plaintiff incurred as a result of result of Defendant's material breach?

ANSWER:  $ _____

*Please sign this verdict form and notify the bailiff.*

DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM (21-03013 SAB)- Page 8

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 44979148.4

SIGNED and DATED this \_ day of September 2022.

_____
PRESIDING JUROR

DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM (21-03013 SAB)- Page 9

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 44979148.4

Dated this 24th day of August, 2022

                        FISHER & PHILLIPS LLP
*s/ Catharine M. Morisset*
  Catharine M. Morisset, WSBA #29682
  Suzanne Michael, WSBA #14072
  Clarence Belnavis, WSBA #36681
  1700 7th Avenue, Suite 2200
  Seattle, WA 98101
  Telephone: (206) 682-2308
  Facsimile: (206) 682-7908
  Emails: cmorisset@fisherphillips.com
  smichael@fisherphillips.com
  cbelnavis@fisherphillips.com
*Attorneys for Defendants*

DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM (21-03013 SAB)- Page 10

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 44979148.4

# CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

Luan T. Le, *pro hac vice*
Law Offices of Luan T. Le
1190 S Bascom Avenue, Suite 213
San Jose, CA 95128
Email: ledowningllp@gmail.com

Seth W. Wiener, *pro hac vice*
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Email: sethwiener@yahoo.com

William D. Pickett, WSBA #27867
Larson Griffee & Pickett, PLLC
105 North 3rd Street
Yakima, WA  98901
Phone: 509-972-1825
Fax: 509-457-1027
Email: Bill@lgplawfirm.com

*Attorneys for Plaintiff*

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 24, 2022, at Portland, Oregon.

Alison Roblin

DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM (21-03013 SAB)- Page 11

FISHER & PHILLIPS LLP
1700 7TH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

FP 44979148.4