THE HONORABLE STANLEY A. BASTIAN

William D. Pickett, WSBA #27867
LARSON | GRIFFEE | PICKETT, PLLC
105 N. Third Street
Yakima, Washington 98901
Tel: 509-972-1825
bill@lgplawfirm.com
*Attorney for Plaintiff*

Luan T. Le, *pro hac vice*
LAW OFFICES OF LUAN T. LE
1190 S. Bascom Ave, Suite 213
San Jose, CA 95128
Tel:  408-247-4715
Email:  ledowningllp@gmail.com
*Co-counsel for Plaintiff*

Seth W. Wiener, *pro hac vice*
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Tel:  925-487-5607
Email:  seth@sethwienerlaw.com
*Co-counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEMETRIOS VORGIAS,<br><br>        Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH OF CENTRAL WASHINGTON,<br><br>        Defendant. | NO: 1:21-CV-03013-SAB<br><br>**PLAINTIFF'S PROPOSED VERDICT FORMS** |

Plaintiff Demetrios Vorgias, hereby submit Plaintiff's Proposed Verdict Forms 1-4, pursuant to the Court's Jury Trial Scheduling Order (ECF No. 113).

## VERDICT FORM NO. 1 – AMERICANS WITH DISABILITIES ACT

**Question No. 1:** Did Plaintiff have a disability?

Yes __     No __

*If you answered "Yes" to Question No. 1, please answer Question No. 2. If you answered "No" to Question 1, please sign and date the verdict form below.*

**Question No. 2:** Was Plaintiff a qualified individual?

Yes __     No __

*If you answered "Yes" to Question No. 2, please answer Question No. 3. If you answered "No" to Question 2, please sign and date the verdict form below.*

**Question No. 3:** Was Plaintiff discharged because of Plaintiff's disability?

Yes __     No __

*If you answered "Yes" to Question No. 3, please answer Question No. 4. If you answered "No" to Question 3, please sign and date the verdict form below.*

**Question No. 4:** What amount of damages do you award Plaintiff against Defendant on Plaintiff's claim for violation of the Americans with Disabilities Act?

_____

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

Dated: _____           _____
                                                                Jury Foreperson

# VERDICT FORM NO. 2– WASHINGTON LAW AGAINST DISCRIMINATION

**Question No. 1:** Did Plaintiff engage in protected activity?

Yes __    No __

*If you answered "Yes" to Question No. 1, please answer Question No. 2. If you answered "No" to Question 1, please sign and date the verdict form below.*

**Question No. 2:** Did Defendant take an adverse employment action against Plaintiff?

Yes __    No __

*If you answered "Yes" to Question No. 2, please answer Question No. 3. If you answered "No" to Question 2, please sign and date the verdict form below.*

**Question No. 3:** Was there a causal link between Plaintiff's protected activity and the adverse employment action?

Yes __    No __

*If you answered "Yes" to Question No. 3, please answer Question No. 4. If you answered "No" to Question 3, please sign and date the verdict form below.*

**Question No. 4:** What amount of damages do you award Plaintiff against Defendant on Plaintiff's claim for violation of the Washington Law Against Discrimination?

_____

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

Dated: _____            _____
                                                                Jury Foreperson

## **VERDICT FORM NO. 3– BREACH OF CONTRACT**

**Question No. 1:**  Was there a contract between Plaintiff and Defendant?

Yes __        No __

*If you answered "Yes" to Question No. 1, please answer Question No. 2.  If you answered "No" to Question 1, please sign and date the verdict form below.*

**Question No. 2:**  Did Defendant breach its duty under the contract?

Yes __        No __

*If you answered "Yes" to Question No. 2, please answer Question No. 3.  If you answered "No" to Question 2, please sign and date the verdict form below.*

**Question No. 3:**  Did Plaintiff suffer damages as a result of Defendant's breach of the contract?

Yes __        No __

**Question No. 4:**  What amount of damages do you award Plaintiff against Defendant on Plaintiff's claim for breach of contract?

_____

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

Dated: _____                    _____

                                                                                     Jury Foreperson

# VERDICT FORM NO. 4– PUNITIVE DAMAGES

**Question No. 1:** Was Defendant's conduct that harmed the Plaintiff malicious, oppressive, or in reckless disregard of Plaintiff's rights?

Yes __    No __

*If you answered "Yes" to Question No. 1, please answer Question No. 2. If you answered "No" to Question 1, please sign and date the verdict form below.*

**Question No. 2:** What amount of punitive damages do you award Plaintiff against Defendant?

_____

Once this verdict form is completed, the foreperson of the jury should sign and date on the lines below.

Dated: _____          _____
                                                              Jury Foreperson

SO SUBMITTED THROUGH COUNSEL OF RECORD:

Dated: August 24, 2022

| LARSON \| GRIFFEE \| PICKETT, PLLC<br>By: s/William Pickett<br>William D. Pickett, WSBA #27867<br>105 N. Third Street<br>Yakima, Washington 98901<br>Tel: 509-972-1825<br>bill@lgplawfirm.com<br>*Attorney for Plaintiff* | |
|---|---|
| LAW OFFICES OF LUAN T. LE<br>By: s/Luan Le<br>Luan T. Le. CSBA #171029<br>1190 S Bascom Avenue, Suite 213<br>San Jose, CA 95128<br>Email: ledowningllp@gmail.com<br>*Attorney for Plaintiff – Pro Hac Vice* | LAW OFFICES OF SETH W. WIENER<br>By: s/Seth W. Wiener<br>Seth W. Wiener, CSBA #203747<br>609 Karina Court<br>San Ramon, CA 94582<br>Email: sethwiener@yahoo.com<br>*Attorney for Plaintiff – Pro Hac Vice* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Luan T. Le, *pro hac vice*
Law Offices of Luan T. Le
1190 S. Bascom Ave, Suite 213
San Jose, CA 95128
Tel:  408-247-4715
Email:  ledowningllp@gmail.com
*Co-counsel for Plaintiff*

Seth W. Wiener, *pro hac vice*
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Tel:  925-487-5607
Email:  seth@sethwienerlaw.com
*Co-counsel for Plaintiff*

Catharine Morisset, WSBA #29682
Nate Bailey, WSBA #40756
Fisher & Phillips, LLP
1201 Third Avenue, Ste. 2750
Seattle, Washington  98101
Tel:  206-682-2308
Email:  cmorisset@fisherphillips.com
         smichael@fisherphillips.com
         cbelnavis@fisherphillips.com
*Attorneys for Defendant*

**DATED** at Yakima, Washington, on Wednesday, August 24, 2022.


By:   s/ William D. Pickett
       William D. Pickett, WSBA NO. 27867