The Honorable Stanley A. Bastian

William D. Pickett, WSBA #27867
LARSON | GRIFFEE | PICKETT, PLLC
105 N. Third Street
Yakima, Washington 98901
Tel: 509-972-1825
bill@lgplawfirm.com
*Attorney for Plaintiff*

Luan T. Le, *pro hac vice*
Law Offices of Luan T. Le
1190 S. Bascom Ave, Suite 213
San Jose, CA 95128
Tel: 408-247-4715
Email: ledowningllp@gmail.com
*Co-counsel for Plaintiff*

Seth W. Wiener, *pro hac vice*
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Tel: 925-487-5607
Email: seth@sethwienerlaw.com
*Co-counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEMETRIOS VORGIAS,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH OF CENTRAL WASHINGTON,<br><br>Defendant. | Case No.: 1:21-cv-03013-SAB<br><br>**PLAINTIFF'S WITNESS AND TRIAL SCHEDULE** |

Pursuant to the Court's Order requesting the parties each provide a Witness and Trial Schedule (ECF No. 106), Plaintiff hereby submits the following:

**Day 1 -      Wednesday, September 14, 2022**

1. Demetrios Vorgias, 1 hour, live.
2. Rebecca Ward, 30 minutes, live.

**Day 2 –      Thursday, September 15, 2022**

3. Ben Kitchens, MD, 20 minutes, via zoom.
4. Caitlin Hill, MD, 20 minutes, live.
5. Carlin Miller, DO, 20 minutes, live.
6. Judith Harvey, MD, 20 minutes, live.
7. Kelly Cornett, PsyD, 1 hour, live.
8. Mark Bauer, MD, 20 minutes, live.
9. Tess Ish-Shalom, DO MS, 20 minutes, live.

**Day 3 –      Friday, September 16, 2022**

10. Douglas Coon, MD, 20 minutes, live.
11. Ed Prasthofer, MD, 20 minutes, via zoom.
12. David Bauman, PsyD, 20 minutes, live.
13. Scott Whitmer, PsyD, 1 hour, live.
14. Cynthia Morales, MA LMHC, 20 minutes, live.

**Day 4 –      Monday, September 19, 2022**

15. Sagar Vijapura, MD, 20 minutes, via zoom.

DATED this 26th day of August 2022.

| | |
|---|---|
| LARSON \| GRIFFEE \| PICKETT, PLLC<br>By: s/William Pickett<br>105 N. Third Street<br>Yakima, Washington 98901<br>Tel: 509-972-1825<br>bill@lgplawfirm.com<br>*Attorney for Plaintiff* | LAW OFFICES OF SETH W. WIENER<br>By: s/Seth W. Wiener<br>Seth W. Wiener, CSBA #203747<br>609 Karina Court<br>San Ramon, CA 94582<br>Email: sethwiener@yahoo.com<br>*Attorney for Plaintiff –Pro HacVice* |
| LAW OFFICES OF LUAN T. LE<br>By: s/Luan Le<br>Luan T. Le. CSBA #171029<br>1190 S Bascom Avenue, Suite 213<br>San Jose, CA 95128<br>Email: ledowningllp@gmail.com<br>*Attorney for Plaintiff – Pro Hac Vice* | |

# CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Luan T. Le, *pro hac vice*
Law Offices of Luan T. Le
1190 S. Bascom Ave, Suite 213
San Jose, CA 95128
Tel:  408-247-4715
Email:  ledowningllp@gmail.com
*Co-counsel for Plaintiff*

Seth W. Wiener, *pro hac vice*
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Tel:  925-487-5607
Email:  seth@sethwienerlaw.com
*Co-counsel for Plaintiff*

Catharine Morisset, WSBA #29682
Suzanne Kelly Michael, WSBA # 14075
Clarence M. Belnavis, WSBA # 36681
Fisher & Phillips, LLP
1201 Third Avenue, Ste. 2750
Seattle, WA 98101
Tel:  206-682-2308
Email:  cmorisset@fisherphillips.com
         smichael@fisherphillips.com
         cbelnavis@fisherphillips.com
*Attorneys for Defendant*

**DATED** at Yakima, Washington, this 26th day of August, 2022.

By: s/ William D. Pickett
William D. Pickett, WSBA NO. 27867