1

2

THE HONORABLE STANLEY A. BASTIAN

Catharine Morisset, WSBA #29682
3 Suzanne K. Michael, WSBA #14072
Clarence Belnavis, WSBA #36681
4 FISHER PHILLIPS LLP
1700 7th AVENUE, SUITE 2200
5 Seattle, WA 98101
Tel: 206-682-2308
6 *Attorneys for Defendant*

7

8

UNITED STATES DISTRICT COURT
9 FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

10

11 DEMETRIOS VORGIAS,                        NO. 1:21-cv-03013-SAB

                         Plaintiff,
12        vs.

13 COMMUNITY HEALTH OF                       DEFENDANT'S WITNESS &
   CENTRAL WASHINGTON,                       TRIAL SCHEDULE
14
                         Defendant.
15                                           Trial Date: 9/14/2022

16        Defendant Community Health of Central Washington, the Central

17 Washington Family Medicine Residency Program, ("CHCW") submits this

18 Witness & Trial Schedule pursuant to ECF No. 106, titled "Order re: Witness and

19 Trial Schedule." CHCW has incorporated Plaintiff's proposed schedule, ECF No.

20 122.

DEFENDANT'S WITNESS & TRIAL SCHEDULE                    FISHER & PHILLIPS LLP
1:21-cv-03013-SAB - 1                                1700 SEVENTH AVENUE, SUITE 2200
                                                          SEATTLE, WA 98101
                                              Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 45034329.2

| Date | Witness | Est. Direct | Est. Cross |
|------|---------|-------------|------------|
| 9/14/2022 | Plaintiff | 1 hour (Plaintiff) | 1.5 hours |
| 9/14/2022 | Rebecca Ward | 30 minutes | 30 minutes |
| 9/15/2022 | Ben Kitchens | 20 minutes (Zoom)[1] | (MIL) |
| 9/15/2022 | Caitlin Hill | 20 minutes | 2 hours |
| 9/15/2022 | Carlin Miller | 20 minutes | 1 hour |
| 9/15/2022 | Judith Harvey | 20 minutes | 30 minutes |
| 9/15/2022 | Kelly Cornett | 1 hour | 30 minutes |
| 9/15/2022 | Mark Bauer | 20 minutes | 30 minutes |
| 9/15/2022 | Tess Ish-Shalom | 20 minutes | 30 minutes |
| 9/16/2022 | Douglas Coon | 20 minutes | 30 minutes |
| 9/16/2022 | Ed Prasthofer | 20 minutes (Zoom) | 30 minutes |
| 9/16/2022 | David Bauman | 20 minutes | 1 hour |
| 9/16/2022 | Scott Whitmer | 1 hour | 1 hour |
| 9/16/2022 | Cynthia Morales | 20 minutes | 30 minutes |
| 9/19/2022 | Saga Vijapura | 20 minutes (Zoom) | 30 minutes |
| 9/19/2022 | Dr. Powers | 2 hours | TBD/Plaintiff |
| 9/19/2022 | Laura McClintock | 2 hours | TBD/Plaintiff |
| 9/20/2022 | Shelley Lewis | 2 hours | TBD/Plaintiff |
| 9/20/2022 | Dr. Ravneet Dhaliwal | 30 minutes | TBD/Plaintiff |
| 9/20/2022 | Dr. Katina Rue | 1.5 hours | TBD/Plaintiff |
| 9/21/2022 | Dr Patrick Moran | 1.5 hours | TBD/Plaintiff |
| 9/21/2022 | Dr. Dominick Nguyen | 1 hour | TBD/Plaintiff |
| 9/21/2022 | Dr. Ragina Lancaster | 1 hour | TBD/Plaintiff |

Respectfully submitted this 26th Day of August, 2022.

By /s Catharine Morisset
Catharine M. Morisset, WSBA #29682
*Attorneys for Defendant*
FISHER & PHILLIPS LLP
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-682-2308
Fax: 206-682-7908
cmorisset@fisherphillips.com

---

[1] CHCW objects to any remote testimony, including Zoom, for any witness who resides within the 100-mile limit of FRCP 45. Plaintiff must make some showing of unavailability/residence.

DEFENDANT'S WITNESS & TRIAL SCHEDULE
1:21-cv-03013-SAB - 2

FP 45034329.2

# CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of the same on:

Luan T. Le, *pro hac vice*
Law Offices of Luan T. Le
1190 S Bascom Avenue, Suite 213
San Jose, CA 95128
Email: ledowningllp@gmail.com

Seth W. Wiener, *pro hac vice*
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Email: sethwiener@yahoo.com

William D. Pickett, WSBA #27867
Larson Griffee & Pickett, PLLC
105 North 3rd Street
Yakima, WA  98901
Phone: 509-972-1825
Fax: 509-457-1027
Email: Bill@lgplawfirm.com

*Attorneys for Plaintiff*

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed August 26, 2022 at Seattle, Washington.

_____
Jazmine Matautia, Legal Secretary

DEFENDANT'S WITNESS & TRIAL SCHEDULE
1:21-cv-03013-SAB - 3

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 45034329.2