FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEMETRIOS VORGIAS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMUNITY HEALTH OF CENTRAL WASHINGTON,<br><br>    Defendant. | No. 1:21-CV-03013-SAB<br><br>**ORDER RE: DR. BEN KITCHENS** |

The Court held a pretrial conference in the above-captioned matter on August 31, 2022 in Yakima, Washington. Plaintiff was represented by William Pickett. Defendant was represented by Catharine Morisset and Clarence Belnavis.

At the pretrial conference, the Court stated that it was reserving ruling on Request #13 in Defendant's Motion in Limine, ECF No. 99, which requested that the Court exclude any testimony by Dr. Ben Kitchens related to Plaintiff's job skills or job performance. However, the Court stated that it would get the parties a decision soon so they could plan their witness preparations accordingly.

//

//

//

//

//

**ORDER RE: DR. BEN KITCHENS** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Request #13 from Defendant's Motion in Limine, ECF No. 99, is **DENIED**. Dr. Ben Kitchens is permitted to testify as a witness.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 12th day of September 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER RE: DR. BEN KITCHENS** # 2