THE HONORABLE STANLEY A. BASTIAN

Catharine Morisset, WSBA #29682
Suzanne K. Michael, WSBA #14072
Clarence Belnavis, WSBA #36681
FISHER PHILLIPS LLP
1700 7th AVENUE, SUITE 2200
Seattle, WA 98101
Tel: 206-682-2308
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| DEMETRIOS VORGIAS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COMMUNITY HEALTH OF CENTRAL WASHINGTON,<br><br>　　　　　　Defendant. | NO. 1:21-cv-03013-SAB<br><br>JOINT NOTICE OF SETTLEMENT<br><br>Trial Date: 9/14/2022 |

Plaintiff Demetrios Vorgias and Defendant Community Health of Central Washington, through their counsel of record, hereby provide notice to the Court that they have reached a tentative settlement to resolve all of the claims in this matter. The parties request that the court strike the trial set for September 14, 2022.

NOTICE OF JOINT SETTLEMENT
1:21-cv-03013-SAB - 1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 45195352.1

The parties further anticipate requesting formal dismissal of this matter within the next 45 days.

Respectfully submitted this 13th day of September, 2022.

| FISHER PHILLIPS LLP | LARSON \| GRIFFEE \| PICKETT, PLLC |
|---|---|
| By: *s/ Catharine M. Morisset*<br>Catharine M. Morisset WSBA #29682<br>1700 7th Avenue, Suite 2200<br>Seattle, WA 98101<br>Phone: (206) 682-2308<br>Fax: (206) 682-7908<br>cmorisset@fisherphillips.com<br>*Attorneys for Defendant* | By: *s/ William D. Picket (with permission)*<br>William D. Pickett, WSBA #27867<br>105 N. Third Street<br>Yakima, Washington 98901<br>Tel: 509-972-1825<br>bill@lgplawfirm.com<br>*Attorney for Plaintiff* |

NOTICE OF JOINT SETTLEMENT
1:21-cv-03013-SAB - 2

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 45195352.1

# CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

Luan T. Le, *pro hac vice*
Law Offices of Luan T. Le
1190 S Bascom Avenue, Suite 213
San Jose, CA 95128
Email: ledowningllp@gmail.com

Seth W. Wiener, *pro hac vice*
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
Email: sethwiener@yahoo.com

William D. Pickett, WSBA #27867
Larson Griffee & Pickett, PLLC
105 North 3rd Street
Yakima, WA  98901
Phone: 509-972-1825
Fax: 509-457-1027
Email: Bill@lgplawfirm.com

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed September 13, 2022, at Seattle, Washington.

*Jazmine Matautia signature*

Jazmine Matautia

NOTICE OF JOINT SETTLEMENT
1:21-cv-03013-SAB - 3

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Tel: (206) 682-2308 | Fax: (206) 682-7908

FP 45195352.1