FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 13, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEMETRIOS VORGIAS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMUNITY HEALTH OF CENTRAL WASHINGTON,<br><br>    Defendant. | No. 1:21-CV-03013-SAB<br><br>**ORDER RE: SETTLEMENT** |

The Court has been notified of the settlement of this case, ECF No. 128, and it appears that no issue remains for the Court's determination.

//
//
//
//
//
//
//
//
//
//
//
//
//

**ORDER RE: SETTLEMENT** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The trial date of September 14, 2022 is **STRICKEN**.

2. Within **twenty (20) days** of the date of this Order, the parties **shall** file a stipulation to dismiss and a proposed order dismissing the case.

3. The District Court Clerk **shall** set a case management deadline.

4. All deadlines are **VACATED**, and any pending motions are **DISMISSED** as moot.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order and provide copies to counsel.

**DATED** this 13th day of September 2022.



Stanley A. Bastian
United States District Judge

**ORDER RE: SETTLEMENT # 2**